UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYLER ERDMAN

                      Plaintiff,

-against-

ADAM VICTOR and THE BOARD OF MANAGERS OF MANHATTAN PLACE CONDOMINIUM

                      Defendants.

No. 20-CV-4162

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE THAT** Jeffrey M. Eilender, an attorney admitted to practice in this Court, of the law firm Schlam Stone & Dolan LLP, is appearing in this action as counsel for Defendant Adam Victor. Please take further notice that all papers and correspondence in this proceeding should be directed to this firm.

Dated: New York, NY
         September 9, 2020

**SCHLAM STONE & DOLAN LLP**

By: /s/ Jeffrey M. Eilender
Jeffrey M. Eilender
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
jwhelan@schlamstone.com

*Attorney for Defendant Adam Victor*

To: Tyler I. Erdman
20 Old Farm Road
Weston, CT 06883
Telephone: (917) 301-0401
Email: tyler@erdman.it

*Pro se Plaintiff*