IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER ERDMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADAM VICTOR and )<br>THE BOARD OF MANAGERS OF )<br>MANHATTAN PLACE CONDOMINIUM )<br>)<br>Defendants. )<br>) | Case No.: 1:20-cv-04162-UA<br><br><br><br><br><br>**PROOF OF NOTICE** |

I, Tyler Erdman, hereby affirms:

A copy of the September 23, 2020 order and related documents were sent to Mr. Steven Landy, counsel for the Board of Managers of Manhattan Place Condominium via email to slandy@landywolf.com on September 24, 2020.

Dated: September 24, 2020

        /s/ Tyler I. Erdman
        Tyler I. Erdman
        Telephone: (917) 301-0401
        Email: tyler@erdman.it
        20 Old Farm Road
        Weston, CT 06883

        *Plaintiff Pro Se*