UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
TYLER ERDMAN,                                                 :
                              Plaintiff,                      :
                                                              :         20 Civ. 4162 (LGS)
             -against-                                        :
                                                              :         ORDER
ADAM VICTOR, et al.,                                          :
                              Defendants.                     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by letter dated September 24, 2020, Defendant Adam Victor requests an extension to his September 29, 2020, deadline to file an answer or otherwise respond to the Complaint and states the basis for his proposed motion to dismiss. (Dkt. No. 13);

WHEREAS, by letter dated September 24, 2020, Defendant Board of Managers of Manhattan Place Condominium, filed a pre-motion letter, proposing its motion to dismiss. (Dkt. No. 14). It is hereby

**ORDERED** that per Individual Rule III.C.2, Defendants' pre-motion letters at Dkt. Nos. 13 and 14 stays the time to answer or move until further order of the Court. Accordingly, Defendant Victor's request to extend his deadline to file an answer or otherwise respond is denied as moot. It is further

**ORDERED** that by **October 5, 2020**, pro se Plaintiff may (but need not) respond to Defendants' pre-motion letters in a single letter not to exceed five pages, and Defendant Board of Managers shall propose a briefing schedule acceptable to all parties.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

Dated: September 25, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**