Steven Landy | slandy@landywolf.com

October 2, 2020

**VIA ECF**
Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Tyler Erdman v. Adam Victor and The Board of Managers of the Manhattan Place Condominium*, S.D.N.Y. Case No. 20-cv-4162

Dear Judge Schofield,

      I represent the defendant Board of Managers of Manhattan Place Condominium (the "Board") in the above-referenced action. Pursuant to the September 25, 2020 Order, I am writing to inform the Court that the parties have agreed, subject to the Court's approval, to the following briefing schedule: (i) Defendants shall move for dismissal on November 9, 2020; (ii) plaintiff shall serve opposition on December 9, 2020; (iii) Defendants shall serve reply on December 23, 2020. The parties also agreed that plaintiff's deadline for amending his complaint is October 26, 2020. Depending on the nature and scope of amendments, Defendants reserve the right to request a modification of the briefing schedule.

      Thank you for Your Honor's time and attention to the matters raised herein.

                                          Respectfully,

                                          Steven Landy

cc:     Mr. Tyler Erdman (via ECF)
         Jeffrey M. Eilender, Esq. (via ECF)
         John F. Whelan, Esq. (via ECF)
         David A. Wolf, Esq. (via ECF)