UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYLER ERDMAN,
                              Plaintiff,

                              20 Civ. 4162 (LGS)

         -against-

                              <u>ORDER</u>

ADAM VICTOR, *et al.*,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is **ORDERED** that the initial pretrial conference scheduled for November 5, 2020, is **adjourned sine die** and discovery is **stayed** pending adjudication of Defendants' consolidated motion to dismiss due November 9, 2020.

Dated: November 2, 2020
       New York, New York

                                                      LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE