Jeffrey M. Eilender
Partner

212 612-1212
jeilender@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400  Fax: 212 344-7677
schlamstone.com

November 3, 2020

<u>BY ECF</u>
Hon. Lorna G. Schofield
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Erdman v. Victor et al.*, 20-CV-04162-LGS

Dear Judge Schofield:

This firm represents Defendant Adam Victor in the above-captioned defamation action brought by *Pro Se* Plaintiff Tyler Erdman.

In ¶ 48 of his Amended Complaint (ECF No. 18), Mr. Erdman quotes directly from a document that I recently learned is currently under seal in *Khatskevich v. Victor, et al.*, Index No. 151658/2014 (Sup. Ct. N.Y. County). More specifically, the document in question was placed under seal pursuant to a sealed order issued by Justice Shlomo S. Hagler in that action on October 23, which was provided to me on October 30. By e-mail earlier today, my junior colleague John Whelan asked Mr. Erdman if he would consent to having that portion of his Amended Complaint placed under seal and replaced on the docket with appropriate redactions. Mr. Erdman did not expressly confirm or deny his consent, but rather insisted that since the document in question was public at the time he filed his Amended Complaint, he was under no obligation to seal it.

Accordingly, I am making this letter motion on behalf of Mr. Victor to have the relevant portion of Mr. Erdman's Amended Complaint sealed and replaced on the docket with appropriate redactions. I respectfully request leave to submit documents in support of this motion, including the relevant sealing order and related materials that are also under seal in the aforementioned action, for *in camera* review.

If the Court has any questions or concerns, I am available at the Court's convenience.

Respectfully submitted,

*/s/ Jeffrey Eilender*

Jeffrey M. Eilender

<u>Copies To:</u>

---

Defendant Adam Victor shall file a sealing application in accordance with Individual Rule I.D.3, which among other requirements, provides that papers in support of the application to seal must be separately filed electronically and may be filed under seal or redacted only to the extent necessary to safeguard the information sought to be filed under seal.  The Amended Complaint will be sealed pending adjudication of the application to seal.

The Clerk of Court is respectfully directed to close Dkt. No. 23, and to limit access to Dkt. No. 18 to the Court and attorneys' of record only.

Dated: November 4, 2020
New York, New York

*/s/ Lorna G. Schofield*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Hon. Lorna G. Schofield
September 24, 2020
Page 2 of 2 Pages

*Pro Se* Plaintiff Tyler Erdman (by ECF)
David Wolf, Counsel for Manhattan Place Condominium (by ECF)