UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYLER ERDMAN,
                              Plaintiff,

                          20 Civ. 4162 (LGS)

           -against-

                          ORDER

ADAM VICTOR, et al.,
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, by letter dated November 3, 2020, Defendant Adam Victor informed the Court that certain information quoted in pro se Plaintiff's Amended Complaint is under seal in *Khatskevich v. Victor, et al.*, Index No. 151658/2014 (Sup. Ct. N.Y. County) and requested leave to file an application to redact such information along with supporting documentation for *in camera* review (Dkt. No. 23). The Court directed Defendant Adam Victor to file the sealing application in accordance with Individual Rule I.D.3, and temporarily restricted access to the Amended Complaint pending adjudication of the application to seal (Dkt. No. 24);

       WHEREAS, by letter dated November 30, 2020, Plaintiff wrote to oppose the application to seal, which has not yet been filed. (Dkt. No. 29);

       WHEREAS, Defendant Victor filed a letter *ex parte* (Dkt. No. 30), along with a redacted version (Dkt. No. 31), addressing the delay in filing his application to seal. It is hereby

       **ORDERED** that Defendant Victor shall file his application to seal by **December 4, 2020**, and if no timely application is received, the temporary restriction on access to the Amended Complaint may be lifted.

Dated: December 2, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE