UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER ERDMAN,<br><br>*Plaintiff,*<br><br>-*against*-<br><br>ADAM VICTOR and THE BOARD OF MANAGERS OF MANHATTAN PLACE CONDOMINIUM,<br><br>*Defendants*. | Case No.: 1:20-cv-04162-LGS<br><br>**NOTICE OF MOTION TO SEAL**<br><br>ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE THAT**, upon the attached Memorandum of Law and the accompanying Affirmation of John F. Whelan, and the exhibits attached thereto, Defendant Adam Victor ("Victor"), by his attorneys, Schlam Stone & Dolan LLP, will move before the Honorable Lorna G. Schofield at the United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and at a time to be set by this Court, for an order sealing Paragraph 48 of the Amended Complaint and replacing it on the docket with appropriate redactions, and granting such other and further relief to Defendant Adam Victor as the Court deems just. Oral argument is requested. Pursuant to Paragraph 5.A of the Court's Special Rules and Practices in Civil *Pro Se* Cases, any opposition hereto must be filed on or by January 4, 2021, and any reply hereto must be filed within two weeks of receipt of opposition papers.

1

Dated: December 4, 2020
      New York, NY

**Schlam Stone & Dolan LLP**
By: /s/ John F. Whelan
Jeffrey M. Eilender
John F. Whelan
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
jeilender@schlamstone.com
jwhelan@schlamstone.com
*Attorneys for Defendant Adam Victor*

To: Tyler Erdman (By ECF)
    *Pro Se* Plaintiff
    20 Old Farm Road,
    Weston, CT 06883
    Tel: 917-301-0401
    tyler@erdman.it
-and-
    Landy Wolf PLLC
    Steven Landy
    David Wolf
    270 Madison Avenue, Suite 1400
    New York, NY 10016
    212.682.8510
    slandy@landywolf.com
    dwolf@landywolf.com
    *Attorneys for Defendant Board of Managers*