UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER ERDMAN,<br><br> *Plaintiff,* <br><br> -*against*- <br><br>ADAM VICTOR and THE BOARD OF MANAGERS OF MANHATTAN PLACE CONDOMINIUM,<br><br> *Defendants* <br>. | Case No.: 1:20-cv-04162-LGS<br><br><br>**APPENDIX A**<br><br>ORAL ARGUMENT REQUESTED |

Pursuant to Rule I.D.3 of this Court's Individual Rules and Practices for Civil Cases, Defendant

Adam Victor, through his counsel Schlam Stone & Dolan LLP, hereby identifies all parties and

attorneys of record who should have access to the sealed documents, as follows:

1) John F. Whelan, Esq, Counsel of Record for Defendant Adam Victor

2) Jeffrey M. Eilender, Esq., Counsel of Record for Defendant Adam Victor

Dated: December 4, 2020
        New York, NY

**Schlam Stone & Dolan LLP**
By: /s/ John F. Whelan
Jeffrey M. Eilender
John F. Whelan
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
jeilender@schlamstone.com
jwhelan@schlamstone.com
*Attorneys for Defendant Adam Victor*