UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER ERDMAN,<br><br>        *Plaintiff,*<br><br>-against-<br><br>ADAM VICTOR and THE BOARD OF MANAGERS OF MANHATTAN PLACE CONDOMINIUM,<br><br>        *Defendants*. | Case No.: 1:20-cv-04162-LGS<br><br>**NOTICE OF MOTION TO SEAL**<br><br>ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE THAT**, upon the attached Memorandum of Law and the accompanying Affirmation of John F. Whelan, and the exhibits attached thereto, Defendant Adam Victor ("Victor"), by his attorneys, Schlam Stone & Dolan LLP, will move before the Honorable Lorna G. Schofield at the United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and at a time to be set by this Court, for an order sealing Paragraph 48 of the Amended Complaint and replacing it on the docket with appropriate redactions, and granting such other and further relief to Defendant Adam Victor as the Court deems just. Oral argument is requested. ~~Pursuant to Paragraph 5.A of the Court's Special Rules and Practices in Civil Pro Se Cases, any opposition hereto must be filed on or by January 4, 2021, and any reply hereto must be filed within two weeks of receipt of opposition papers.~~

The Court is in receipt of pro se Plaintiff's letter dated November 30, 2020, at Dkt. No. 29, which describes Plaintiff's opposition to Defendant Adam Victor's proposed redaction to the Amended Complaint. The November 30, 2020, letter will be construed as Plaintiff's opposition to this motion to seal. By **December 14, 2020**, Plaintiff may -- but need not -- file a letter supplementing his opposition. Any supplemental letter shall not exceed five (5) pages in length. No reply shall be filed without leave of Court. So Ordered.

Dated: December 7, 2020
   New York, New York

                     L<small>ORNA</small> G. S<small>CHOFIELD</small>
                     U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> J<small>UDGE</small>

1

Dated: December 4, 2020
      New York, NY

  **Schlam Stone & Dolan LLP**
  By: /s/ John F. Whelan
  Jeffrey M. Eilender
  John F. Whelan
  26 Broadway
  New York, New York 10004
  Telephone: (212) 344-5400
  Facsimile: (212) 344-7677
  jeilender@schlamstone.com
  jwhelan@schlamstone.com
  *Attorneys for Defendant Adam Victor*

To: Tyler Erdman (By ECF)
   *Pro Se* Plaintiff
   20 Old Farm Road,
   Weston, CT 06883
   Tel: 917-301-0401
   tyler@erdman.it
-and-
   Landy Wolf PLLC
   Steven Landy
   David Wolf
   270 Madison Avenue, Suite 1400
   New York, NY 10016
   212.682.8510
   slandy@landywolf.com
   dwolf@landywolf.com
   *Attorneys for Defendant Board of Managers*