# Exhibit 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

### AFFIDAVIT OF CONFESSION OF JUDGMENT

STATE OF NEW YORK    )
                                       ) .ss:
COUNTY OF NEW YORK  )

ADAM VICTOR, being duly sworn, deposes and says:

1. I reside at Manhattan Place Condominium, ~~1881 Broadway,~~ 630 1ˢᵗ Ave, New York, New York. I execute this Affidavit to authorize the entry of a judgment against me personally in the County of New York, State of New York.

2. I hereby personally confess judgment, pursuant to CPLR 3218, in favor of Schlam Stone & Dolan LLP ("SSD"), a New York limited partnership with its offices located at 26 Broadway, 19th Floor, New York, New York, for the sum of $166,000.00 including interest from the date of this Affidavit.

3. I, in my personal capacity, hereby authorize SSD and its partners, agents, successors, and assigns to forthwith enter judgment against me personally in the amount of $166,000.00 and authorize the Clerk of the Supreme Court, New York County to enter a judgment for the sum confessed against me personally.

4. This judgment being confessed is for monies justly due by me to SSD arising from the following facts:

On July 30, 2019, I retained SSD to represent and advise me in connection a complaint I made against Pegasus Elite Aviation, Inc. ("Pegasus") and counterclaims asserted against me in that action. On August 29, 2019, I retained Prager Metis CPAs, LLC ("Prager Metis") to work as a damages expert to analyze my potential damages in the dispute with Pegasus and testify with

respect to said damages. Through November of 2019, Prager Metis has billed over $116,000 for said services (including invoices dated October 2, 2019 for $83,711 and November 1, 2019 for $32,751). I am not presently able to pay those invoices but desire to continue to utilize Prager Metis to act as expert in the Pegasus dispute. To induce SSD to pay those invoices, I am agreeing to a confession of judgment sufficient to pay said invoices. Moreover, Prager Metis has estimated that its continued work on the Pegasus dispute will be $50,000 or more and I concur in that estimate.

5. In consideration of SSD's agreement to advance the payment of the outstanding Prager Metis invoices and up to $50,000 of additional invoices from them, I have agreed to pay the amount of $166,000 to SSD to cover those disbursements but am unable to do so at this time. That amount is now due from me to SSD.

6. This affidavit, if made in connection with an agreement for the purchase of $1,500 or less any commodities for any use other than a commercial or business use upon any plan of deferred payments whereby the price or cost is payable in two or more installments, was executed subsequent to the time a default occurred in the payment of an installment thereunder.

7. I have been provided with the opportunity to discuss this affidavit with separate counsel besides SSD and have done so.

8. I hereby waive any rights I may have under the Homestead Exemption contained in Article 5(j) of the Civil Practice Law and Rules.

Dated: November 05, 2019

_____
ADAM VICTOR

Sworn to before me this
05 day of November, 2019

_____
Notary Public

SEAN PATRICK MCDERMOTT
Notary Public - State of New York
NO. 01MC6358728
Qualified in Suffolk County
My Commission Expires May 15, 2021