UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                  :

   TYLER ERDMAN,                          :

                      Plaintiff,    :

                                    :            20 Civ. 4162 (LGS)

           -against-             :

                                    :                ORDER

   ADAM VICTOR, et al.,               :

                    Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pro se Plaintiff filed a declaration in opposition to Defendants' motion to dismiss at Dkt. No. 39, but the exhibits were unable to be filed.  Defendants' reply in support of their motion to dismiss is due December 19, 2020;

WHEREAS, Plaintiff filed an application for permission to file on ECF at Dkt. No. 41, which reflects that Plaintiff completed the requisite introductory course on December 11, 2020;

WHEREAS, Plaintiff filed a letter, seeking to disqualify Defendant Victor's counsel at Dkt. No. 40, and Defendant Victor's counsel responded at Dkt. No. 42.  It is hereby

**ORDERED** that Plaintiff's application for permission to file on ECF at Dkt. No. 41 is GRANTED.  Plaintiff shall file the missing exhibits by **December 18, 2020**.  Defendants' deadline to file their reply is extended to **December 29, 2020**, so that they may adequately address Plaintiff's opposition, including its exhibits.  It is further

**ORDERED** that Plaintiff's request to disqualify Defendant Victor's counsel at Dkt. No. 40 is DENIED without prejudice to renewal after the Court's decision on Defendants' motion to dismiss.

The Clerk of Court is respectfully directed to grant permission for pro se Plaintiff to file on ECF and to close Dkt. No. 41.

Dated: December 15, 2020
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**