USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: December 17, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TYLER ERDMAN

                                   Plaintiff(s),

20 Civ. 4162 (LGS)

-against-

ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE

ADAM VICTOR, et al.

                                   Defendant(s).
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Gabriel W. Gorenstein United States Magistrate Judge, for the following purpose(s):

| | |
|---|---|
| ✔ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | _____ HABEAS CORPUS |
| _____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | _____ INQUEST AFTER DEFAULT / DAMAGES HEARING |
| _____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | _____ SOCIAL SECURITY |
| _____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | _____ SETTLEMENT |
| | _____ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial) |
| | _____ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF _____ |

_____ JURY SELECTION

SO ORDERED.

Dated: December 17, 2020
       New York, New York

                                       LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE

* Do not check if already referred for General Pre-Trial.