April 16, 2021

BY ECF ONLY
Hon. Lorna G. Schofield
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007


Re:     *Erdman v. Victor et al.*, 20-CV-04162-LGS

Dear Judge Schofield:

Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and
Eastern Districts of New York, I respectfully move to withdraw as counsel of record in the
above-captioned matter for Defendant Adam Victor, as I am no longer associated with
Schlam Stone & Dolan LLP and will shortly be starting a new position elsewhere. Jeffrey M.
Eilender and Michael Brodlieb of Schlam Stone & Dolan LLP will continue to be counsel of
record for Mr. Victor. I am not asserting a retaining or charging lien.

Therefore, I respectfully request that the Clerk of Court be directed to remove my name
from the docket and the ECF service list.

Respectfully submitted,

John Whelen

John F. Whelan


Copies To:
*Pro Se* Plaintiff Tyler Erdman and All Counsel of Record (by ECF)