This application is GRANTED.

The Clerk of Court is respectfully directed to terminate John F. Whelan as counsel of record for Defendant Victor.

SO ORDERED.

Dated:  April 19, 2021
New York, NY

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

April 16, 2021

BY ECF ONLY
Hon. Lorna G. Schofield
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *Erdman v. Victor et al.*, 20-CV-04162-LGS

Dear Judge Schofield:

Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I respectfully move to withdraw as counsel of record in the above-captioned matter for Defendant Adam Victor, as I am no longer associated with Schlam Stone & Dolan LLP and will shortly be starting a new position elsewhere. Jeffrey M. Eilender and Michael Brodlieb of Schlam Stone & Dolan LLP will continue to be counsel of record for Mr. Victor. I am not asserting a retaining or charging lien.

Therefore, I respectfully request that the Clerk of Court be directed to remove my name from the docket and the ECF service list.

Respectfully submitted,

John F. Whelan

Copies To:
*Pro Se* Plaintiff Tyler Erdman and All Counsel of Record (by ECF)