UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYLER ERDMAN

                           Plaintiff,

-against-

ADAM VICTOR and THE BOARD OF MANAGERS OF MANHATTAN PLACE CONDOMINIUM

                           Defendants.

No. 20-CV-4162 (LGS)

STIPULATION CONSENTING TO SUBSTITUTION OF COUNSEL

The undersigned hereby stipulate and consent to the substitution of the law firm of Polizzotto & Polizzotto, LLC, by and through its attorneys Alfred Polizzotto III and Emilio Rodriguez, as attorneys of record for Defendant Adam Victor in the above-captioned action in place and instead of the law firm of Schlam Stone & Dolan LLP, and its attorneys, Jeffrey M. Eilender and Michael A. Brodlieb.

Dated: New York, NY
         July 7, 2021

**SCHLAM STONE & DOLAN LLP**

By: /s/ Jeffrey M. Eilender
Jeffrey M. Eilender
Michael A. Brodlieb
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
jeilender@schlamstone.com

*Outgoing Attorneys for Defendant Adam Victor*

[signature: Adam Victor]
Adam Victor

**POLIZZOTTO & POLIZZOTTO, LLC**

By: [signature]
Alfred Polizzotto III
Emilio Rodriguez
6911 18th Avenue
Brooklyn, New York 11204
Telephone: (347) 462-0510
Facsimile: (718) 256-0966
aljr@polizzotto.com

*Incoming Attorneys for Defendant Adam Victor*

**SO ORDERED:**

_____
**Lorna G. Schofield
United States District Judge**