Per Local Civil Rule 1.4, outgoing counsel shall file an application that states "whether or not the attorney is asserting a retaining or charging lien" by **July 21, 2021**. Alternatively, per the Committee Note to Local Civil Rule 1.4, the application to substitute shall be signed by all parties.  So ordered.

Dated: July 16, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYLER ERDMAN

         Plaintiff,

-against-

ADAM VICTOR and THE BOARD OF MANAGERS OF MANHATTAN PLACE CONDOMINIUM

         Defendants.

No. 20-CV-4162 (LGS)

STIPULATION CONSENTING TO SUBSTITUTION OF COUNSEL

The undersigned hereby stipulate and consent to the substitution of the law firm of Polizzotto & Polizzotto, LLC, by and through its attorneys Alfred Polizzotto III and Emilio Rodriguez, as attorneys of record for Defendant Adam Victor in the above-captioned action in place and instead of the law firm of Schlam Stone & Dolan LLP, and its attorneys, Jeffrey M. Eilender and Michael A. Brodlieb.

Dated: New York, NY
    July 7, 2021

**SCHLAM STONE & DOLAN LLP**

By: /s/ Jeffrey M. Eilender
Jeffrey M. Eilender
Michael A. Brodlieb
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
jeilender@schlamstone.com

*Outgoing Attorneys for Defendant Adam Victor*

**POLIZZOTTO & POLIZZOTTO, LLC**

By:
Alfred Polizzotto III
Emilio Rodriguez
6911 18th Avenue
Brooklyn, New York 11204
Telephone: (347) 462-0510
Facsimile: (718) 256-0966
aljr@polizzotto.com

*Incoming Attorneys for Defendant Adam Victor*

Adam Victor

**SO ORDERED:**

_____
**Lorna G. Schofield**
**United States District Judge**