UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER ERDMAN<br><br>                            Plaintiff,<br><br>-against-<br><br>ADAM VICTOR and THE BOARD OF MANAGERS OF MANHATTAN PLACE CONDOMINIUM<br>                          Defendants. | No. 20-CV-4162 (LGS)<br><br>STIPULATION CONSENTING TO SUBSTITUTION OF COUNSEL |

The undersigned hereby stipulate and consent to the substitution of the law firm of Polizzotto & Polizzotto, LLC, by and through its attorneys Alfred Polizzotto III and Emilio Rodriguez, as attorneys of record for Defendant Adam Victor in the above-captioned action in place and instead of the law firm of Schlam Stone & Dolan LLP, and its attorneys, Jeffrey M. Eilender and Michael A. Brodlieb.

Dated: New York, NY
         July 7, 2021

**SCHLAM STONE & DOLAN LLP**

By: /s/ Jeffrey M. Eilender
Jeffrey M. Eilender
Michael A. Brodlieb
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
jeilender@schlamstone.com

*Outgoing Attorneys for Defendant Adam Victor*

[signature] Adam Victor

Dated: July 26, 2021
New York, New York

**POLIZZOTTO & POLIZZOTTO, LLC**

By: [signature]
Alfred Polizzotto III
Emilio Rodriguez
691 N 8th Avenue
Brooklyn, New York 11204
Telephone: (347) 462-0510
Facsimile: (718) 256-0966
aljr@polizzotto.com

*Incoming Attorneys for Defendant Adam Victor*

SO ORDERED

[signature]
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

_Tyler Erdman_
Tyler Erdman

**STEVEN LANDY & ASSOCIATES, PLLC**

By: _____
Steven Landy
270 Madison Avenue, Suite 1400
New York, NY 10016
Telephone: (212)-682-8510
Facsimile: (212)-682-8514
slandy@landylaw.com

*Attorneys for the Board of Managers of
Manhattan Place Condominium*