UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
TYLER ERDMAN,
                          Plaintiff,

              -against-                      20 Civ. 4162 (LGS)

                                     ORDER
ADAM VICTOR, et al.,
                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the April 26, 2021, Order (Docket No. 55) granted Defendant Victor's application to seal paragraph 48 of the Amended Complaint;

WHEREAS, Exhibit 2 to Plaintiff's letter motion for leave to file an amended complaint contains the sealed material. It is hereby

**ORDERED** that Docket No. 64 shall be sealed for the reasons stated in the April 26, 2021, Order.

The Clerk of Court is respectfully directed to seal Docket No. 64 with access limited to Plaintiff Erdman, Defendant Victor and their counsel, if any.

Defendant Victor's counsel is advised to file a notice of appearance.

Dated: August 10, 2021
       New York, New York

*LORNA G. SCHOFIELD*
**UNITED STATES DISTRICT JUDGE**