```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   TYLER ERDMAN,                                            :
                              Plaintiff,                    :
                                                            :         20 Civ. 4162 (LGS)
              -against-                                     :
                                                            :              ORDER
   ADAM VICTOR, et al.,                                     :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated November 2, 2020, stayed all discovery pending the adjudication of Defendants' consolidated motion to dismiss;

WHEREAS, an Opinion and Order on the motion to dismiss was issued on June 17, 2021, and Plaintiff was granted leave to file the Second Amended Complaint on August 18, 2021. It is hereby

**ORDERED** that Plaintiff and Defendant Victor shall file a new joint Proposed Civil Case Management Plan and Scheduling Order in the form available at the Court's website (http://nysd.uscourts.gov/judge/Schofield) by **September 1, 2021**.

Dated: August 19, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE