UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER ERDMAN,<br><br>                    Plaintiff,<br><br>              against<br><br>ADAM VICTOR,<br><br>                    Defendant. | Case No.: 1:20-cv-04162-LGS<br><br>**NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that upon the attached Memorandum of Law and the accompanying Declaration of Alfred Polizzotto, III, and the exhibits attached thereto, Defendant Adam Victor ("Victor"), by his attorneys, Polizzotto & Polizzotto, LLC, will move before the Honorable Lorna G. Schofield at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be set by this Court, for an order dismissing the operative Second Amended Complaint pursuant to Federal Rule of Civil Procedure Rule 12(b)(6), and granting such other and further relief to Defendants as the Court deems just. Oral argument is requested. Pursuant to the Court's September 8, 2021, Order, any opposition hereto must be filed on or by October 12, 2021, and any reply hereto must be filed on or by October 22, 2021.

Dated: September 23, 2021
       Brooklyn, New York

                                      Polizzotto & Polizzotto, LLC
                                      By: /s/ Alfred Polizzotto, III
                                      Alfred Polizzotto, III
                                      6911 18th Avenue
                                      Brooklyn, New York 11204-5049
                                      Tel. No.: (718) 232-1250
                                      Fax No.: (718) 256-0966

ap3@polizzotto.com
*Attorneys for Plaintiff*