POLIZZOTTO & POLIZZOTTO, LLC
Alfred J. Polizzotto, Esq.
6911 18th Avenue
Brooklyn, New York 11204
*Attorneys for Defendants*
Tel. No. (718) 232-1250

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TYLER ERDMAN,

                *Plaintiff*,

        against

ADAM VICTOR,

                *Defendant.*

Case No.: 1:20-cv-04162 (LGS)

**DECLARATION OF ALFRED POLIZZOTTO IN SUPPORT OF MOTION TO DISMISS**

---

      Pursuant to 28 U.S.C. §1746, Alfred Polizzotto, declares, under the penalty of perjury, the following to be true:

      1.    I am associated with POLIZZOTTO & POLIZZOTTO LLC, counsel to Adam Victor ("Victor"), defendant in the above-captioned action. I submit this Declaration in support of Defendant's motion to dismiss the Second Amended Complaint ("Sec. Amen. Compl.") filed by *pro se* Plaintiff Tyler Erdman ("Plaintiff" or "Erdman"), or, in the alternative, pursuant to FRCP 12(f) to strike scandalous and impertinent statements which Erdman gratuitously inserted into the Second Amended Complaint.

      2.    A copy of the Second Amended Complaint in the above-captioned action is attached as Exhibit 1.

3. Attached hereto as Exhibit 2 is an unsigned copy of the May 31, 2019 letter by Adam Victor referenced in Plaintiff's Second Amended Complaint.

4. Attached hereto as Exhibit 3 is an excerpt from the Amended Verified Complaint, dated September 1, 2016, in *Khatskevich v. Victor et al.*, Index No. 151658/2014 in the Supreme Court of the State of New York, New York County.

5. Attached hereto as Exhibit 4 is an excerpt from the Verified Answer and Affirmative Defenses, dated September 21, 2016, to the Amended Verified Complaint in *Khatskevich v. Victor et al.*, Index No. 151658/2014 in the Supreme Court of the State of New York, New York County.

6. Attached hereto as Exhibit 5 is an excerpt from the Amended Answer to the Amended Complaint and Counterclaims of Tyler Erdman, dated September 8, 2015, in *Victor v. Khatskevich*, Index No. 158981/2014 in the Supreme Court of the State of New York, New York County.

7. Attached hereto as Exhibit 6 is an excerpt from the Answer to Counterclaims, dated September 28, 2015, in Victor v. Khatskevich et al., Index No. 158981/2014 in the Supreme Court of the State of New York, New York County.

Dated: Brooklyn, New York
September 23, 2021

                                                           /s/ Alfred Polizzotto III
                                                           ALFRED POLIZZOTTO III