# Exhibit 3

| | |
|---|---|
| **From:** | adam@tgds.com |
| **Sent:** | Fri, 25 Dec 2015 02:07:22 -0500 (EST) |
| **To:** | "Sonja Bozic" <sonia.bozic@gmail.com> |
| **Bcc:** | adam@tgds.com |
| **Subject:** | Hi in Bali! |

Hi Sonja:

I want to wish you and Alexander a wonderful and merry Christmas. I hope you are enjoying Bali. Its a special place.

We sued Tyler last night at his home in Connecticut for $10 million.

All the best.

ADAM
Sent from my Verizon Wireless BlackBerry

AV_YK0011616