# Exhibit 4

| | |
|---|---|
| **From:** | adam@tgds.com |
| **Sent:** | Fri, 25 Dec 2015 11:30:50 -0500 (EST) |
| **To:** | "Sonja Bozic" <sonia.bozic@gmail.com> |
| **Bcc:** | adam@tgds.com |
| **Subject:** | Re: Hi in Bali! |

Hi. Sonja

Glad you got to Bali safe.

We will see how Tyler responds. Some woman in his house started screaming at the Process Server and threatened to let the big dogs out after him :-).

Email when you settle in but most important relax and ENJOY your time in Bali with Alexander. You had a tough year and this time in Bali is exacting what you need.

Give my best to Alexander.

ADAM
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: Sonja Bozic <sonia.bozic@gmail.com>
Date: Fri, 25 Dec 2015 20:53:17
To: <adam@tgds.com>
Subject: Re: Hi in Bali!

Hello Adam!

We just landed in Bali (waiting for our bags, literally at this moment). Merry Christmas to you and your family. Alexander is sending you best wishes.

Great news about Tyler. Can't wait to see how things will move forward. As your witness, I get 10% :)

AV_YK0011617