# Exhibit 5

**From:** Adam Victor <adamvictor@tgds.com>
**Sent:** Thursday, April 09, 2015 3:46 PM EDT
**To:** Richard Bradish <Richard.Bradish@NYPD.org>
**Subject:** File
**Attachment(s):** "OMAN.pdf","SAIC.pdf","unknown.tiff"

Dear Richie:

Attached is the cover page of a highly confidential and valuable document that was stolen. This document includes confidential information provided to my company by ThyssenKrupp of Germany pursuant to a detailed Confidentiality Agreement we signed with ThyssenKrupp.  ThyssenKrupp in turn provided data to us pursuant to their own Confidentiality Agreement with Exxon, among others. It includes engineering and technical data used in a proprietary and confidential econometric model of SAIC, (a copy of the Model's cover page, with its Confidential admonition, is included, but I do not believe, as of now, the model was taken at this point). SAIC is a large defense contractor with expertise with this type of econometric modeling, http://www.saic.com. If disclosed, this document would not only damage me, but ThyssenKrupp, Exxon, and others. The work product contained therein would be worth well over $1 million to a competitor.

Also stolen was a contract with USA Risk for the unique and arcane concept of financing power plants and airplanes through utilizing captive insurance companies. If this concept were disclosed, it will severely hurt me economically.

Also, it appears that a certain file called TGE Silver Binder PPT 4.18.13.pptx was copied onto a USB and then deleted from my server. That document contained highly confidential and proprietary date on the financial power of steam in New York City and was derived pursuant to a confidentiality agreement with Siemens. Siemens provided the underlying supporting engineering and technical data that was used to make these financial projections.

Moreover, there are additional countless documents stolen concerning my finances and taxes which have nothing to do with the underlying litigation and were taken for sole purpose of hurting me or destroying my business.

I believe once we subpoena and examine their computers, we will find additional valuable documents stolen from me. Please feel free to contact either me at any time.

ADAM