UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TYLER ERDMAN                                        :

                                          :      <u>ORDER</u>
                Plaintiffs,         20 Civ. 4162 (LGS) (GWG)
                                          :

  -v.-

                                          :
ADAM VICTOR et al.,
                                          :

                Defendants.       :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     With regard to Docket # 96, any discovery disputes shall be raised in accordance with paragraph 2.A of the Court's Individual Practices. The parties are directed to confer promptly in order to arrange plaintiff's deposition date, which shall be scheduled prior to the deposition cutoff date.

     Additionally, the Court orders that any party who serves a subpoena on a nonparty individual must also serve the attached "NOTICE OF PROCEDURE FOR OBJECTING TO A SUBPOENA IN CASES SUPERVISED BY JUDGE GORENSTEIN." If a subpoena has already been served, the attached notice shall be served on the recipient immediately.

     SO ORDERED.

Dated: November 2, 2021
      New York, New York

                                                     _____
                                                     GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge

Chambers of United States Magistrate Judge Gabriel W. Gorenstein
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, NY 10007

## NOTICE OF PROCEDURE FOR OBJECTING TO A SUBPOENA IN CASES SUPERVISED BY JUDGE GORENSTEIN

If you have been properly served with a subpoena, you may wish to retain an attorney. You are not required to obtain an attorney, however. If you are not represented by an attorney, you may object to complying with the subpoena if you have grounds to do so.

If the subpoena seeks only production of documents, you may object by informing the party issuing the subpoena in writing of your objection (which must be within 14 days of the service of the subpoena, or by the date specified for compliance, whichever is earlier.) The party who served you with the subpoena will then decide whether to ask the Court to require your compliance.

If the subpoena seeks testimony, you can object by filing a letter stating your objection with the Clerk's Office of the United States District Court for the Southern District of New York. The letter shall be addressed to Judge Gorenstein at the above address. The grounds for objecting are listed in Rule 45 of the Federal Rules of Civil Procedures and apply to a subpoena that (i) fails to allow a reasonable time to comply; (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c); (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or (iv) subjects a person to undue burden.

If you make a timely objection or file a timely letter to Judge Gorenstein, you do not need to comply with the subpoena. If you were not able to object or file a letter to Judge Gorenstein in a timely manner, you may still request that Judge Gorenstein postpone or excuse your compliance.

You may file a letter to Judge Gorenstein by sending it in pdf form to Temporary_Pro_Se_Filing@nysd.uscourts.gov
In the alternative, you can mail it to Pro Se Docketing, 500 Pearl Street, New York, NY 10007

The Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance in connection with court procedures.