UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYLER ERDMAN                                           :

                                                         :  ORDER
              Plaintiff,     20 Civ. 4162 (LGS) (GWG)
                                                         :

    -v.-

                                                                  :

ADAM VICTOR et al.,

                                                                  :

              Defendants.         :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Plaintiff Tyler Erdman has filed a "Joint request" seeking extensions of various discovery deadlines. See Docket # 126. We rule on the application as follows.

      Requests for admission may be served by February 14, 2022. The deadline for responses shall be as provided in Fed. R. Civ. P. 36(a)(3). The discovery deadline is extended to February 25, 2022.

      The letter to Judge Schofield required by paragraph 13.b of Docket # 77 shall be filed by March 18, 2022.

      The application requests that we "clarify" our Order of November 17, 2021 (Docket # 108) by explaining the procedure by which nonparties are to make applications to the Court with regard to subpoenas issued to them. But as the Court's prior orders made clear, see Docket ## 98, 108, there is no obligation on a nonparty to make an application to the Court. Rather, once party discovery is concluded, the parties shall inform the Court of this fact and any <u>party</u> may then seek a ruling at that time as to any objections previously made by nonparties to subpoenas (after the party and the nonparty comply with paragraph 2.A of the Court's Individual Practices).

      SO ORDERED.

Dated: December 27, 2021
       New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge