```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYLER ERDMAN                                    :
                                                :      ORDER
                    Plaintiffs,
                                                :      20 Civ. 4162 (LGS) (GWG)
        -v.-
                                                :
ADAM VICTOR et al.,
                                                :
                    Defendants.                 :
------------------------------------------------------------X
```

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    The January 20, 2022, conference before Judge Schofield is adjourned to to March 30, 2022, at 4:20 PM.

    SO ORDERED.

Dated: December 28, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge