UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYLER ERDMAN,
                              Plaintiff,

                -against-

ADAM VICTOR et al.,
                              Defendants.
------------------------------------------------------------X

20 Civ. 4162 (LGS) (GWG)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference is scheduled for March 30, 2022, at 4:20 p.m. to discuss any anticipated dispositive motions;

WHEREAS, the current discovery deadline is April 11, 2022. It is hereby

**ORDERED** that the March 30, 2022, pre-motion conference is ADJOURNED sine die.

Dated: March 3, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE