UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYLER ERDMAN                                          :
                                                      :     ORDER
                    Plaintiff,
                                                      :     20 Civ. 4162 (LGS) (GWG)
       -v.-
                                                      :

ADAM VICTOR et al.,                                   :

                                                      :
                    Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The parties shall file a letter by April 12, 2022, confirming that discovery has concluded in this matter.

      SO ORDERED.

Dated: March 10, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge