```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TYLER ERDMAN                                    :
                    Plaintiff,                  :   ORDER
        -v.-                                    :
                                                    20 Civ. 4162 (LGS) (GWG)
ADAM VICTOR et al.,                             :
                    Defendants.                 :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

Defendant has not timely responded to the letter docketed as # 150 in accordance with paragraph 2.A of the Court's Individual Practices. The Court will grant an extension sua sponte until July 21, 2022, to respond to the letter. If no response is filed by that date, the relief will be granted as unopposed.

SO ORDERED.

Dated: July 19, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge