# Exhibit B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

DAVIDOFF HUTCHER & CITRON LLP,

                Plaintiff,

-against-

ADAM VICTOR, TRANSGAS ENERGY SYSTEMS, LLC, TRANSGAS ENERGY SYSTEMS CORPORATION, TRANSGAS DEVELOPMENT SYSTEMS LLC, GAS ALTERNATIVE SYSTEMS, INC., PROJECT ORANGE ASSOCIATES, LLC, G.A.S. ORANGE DEVELOPMENT, INC., TRANSNATIONAL ENERGY L.L.C., TRANSNATIONAL MANAGEMENT SYSTEMS, LLC, TRANSNATIONAL MANAGEMENT SYSTEMS II, LLC, BOARD OF MANAGERS OF MANHATTAN PLACE CONDOMINIUM ADAM VICTOR& SON STABLES LLC, ADAM VICTOR GRANTOR TRUST, and G.A.S. ORANGE PARTNERS, L.P.,

                Defendants.

INDEX NO. 651717/2018

**STIPULATION**

**WHEREAS**, Plaintiff, Davidoff Hutcher & Citron, LLP commenced the above-captioned action (the "Fee Dispute Claims") by filing a Summons with Notice on or about April 10, 2018 and filed its Complaint on or about April 20, 2018.

**WHEREAS**, the Defendants filed their Verified Answer and Counterclaims (the "Counterclaims") or about July 16, 2018.

**WHEREAS**, Braverman Greenspun, P.C. (the "Greenspun Firm") appeared as co-counsel for Defendant, Adam Victor ("Victor") on the Fee Dispute Claims only.

**WHEREAS**, Jon M. Silveri, Esq. ("Silveri") appeared as counsel for all Defendants, including Victor, regarding the Fee Dispute Claims and Counterclaims.

**WHEREAS**, the Fee Dispute Claims have been settled and Silveri will continue to represent Defendants regarding the Counterclaims.

1

**NOW THEREFORE IT IS STIPULATED AND AGREED** by and between the undersigned that, since the Fee Dispute Claims have been settled, this Stipulation confirming that the Greenspun Firm is no longer providing any legal services to Victor in connection with this action and therefore may withdraw as counsel for Victor in this action.

**IT IS FURTHER STIPULATED AND AGREED** that electronic, .PDF, or facsimile signatures shall be treated as original signatures.

Dated: New York, New York
~~February~~ 3, 2021
March

| | |
|---|---|
| **JON M. SILVERI, ESQ.** | **BRAVERMAN GREENSPUN, P.C.** |
| By: _____ | By: _____ |
| *Attorneys for Defendants and Counterclaimants* | Manu Leila Davidson |
| P.O. Box 551 | *Attorneys for Defendant, Adam Victor, in the Fee Dispute Claims, only* |
| Poughquag, New York 12570 | 110 East 42nd Street, 17th Floor |
| Tel: 845-222-8393 | New York, New York 10017 |
| | Tel: 212-682-2900 |

ADAM VICTOR
_____

2

4814-7995-7467, v. 1