```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TYLER ERDMAN                                    :

                Plaintiffs,                     :       ORDER

        -v.-                                    :
                                                        20 Civ. 4162 (LGS) (GWG)
ADAM VICTOR et al.,                             :

                Defendants.                     :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Mr. Rodriguez has filed a document ex parte explaining his conduct in accordance with Docket # 166. The Court notes that the document incorrectly states that his application to adjourn was made on October 25, 2022. In fact it was made at approximately 1:00 a.m. on October 26, 2022. The document also asks that Mr. Polizzotto's appearance be excused. That request is denied.

      SO ORDERED.

Dated: October 28, 2022
       New York, New York

                                                            _____
                                                           GABRIEL W. GORENSTEIN
                                                           United States Magistrate Judge