# Emilio Rodriguez

| | |
|---|---|
| **From:** | Emilio Rodriguez |
| **Sent:** | Thursday, November 3, 2022 2:25 PM |
| **To:** | 'lfreeh@alixpartners.com' |
| **Subject:** | FW: Erdman v. Victor |
| **Attachments:** | order dtd 7-26-22.pdf |

Good afternoon. We are following up on a previously sent email requesting documents regarding Adam Victor. Please see below.

Emilio Rodriguez, Esq. Polizzotto & Polizzotto LLC 6911 18th Avenue, Brooklyn, NY 11204 Tel: (718) 232-1250 Fax: (718) 256-0966 Email: ERodriguez@polizzotto.com www.polizzotto.com POLIZZOTTO & POLIZZOTTO E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

---

**From:** Emilio Rodriguez
**Sent:** Tuesday, August 30, 2022 5:25 PM
**To:** Judgesullivan@Freehsporkinsullivan.com
**Subject:** Erdman v. Victor

Good afternoon. I am counsel for Adam Victor in the abovementioned litigation. We need to get in touch with Mr. Louis Freeh because, as per the attached court order dated July 26, 2022, Adam needs to produce any documents Mr. Freeh may have regarding him or about him. Please indicate if you have any contact information for Mr. Freeh so we may make this request directly to him. Thank you in advance.

Emilio Rodriguez, Esq. Polizzotto & Polizzotto LLC 6911 18th Avenue, Brooklyn, NY 11204 Tel: (718) 232-1250 Fax: (718) 256-0966 Email: ERodriguez@polizzotto.com www.polizzotto.com POLIZZOTTO & POLIZZOTTO E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

# Emilio Rodriguez

| | |
|---|---|
| **From:** | Emilio Rodriguez |
| **Sent:** | Thursday, November 3, 2022 2:24 PM |
| **To:** | 'Judgesullivan@Freehsporkinsullivan.com'; 'lfreeh@alixpartners.com' |
| **Subject:** | FW: Erdman v. Victor |
| **Attachments:** | order dtd 7-26-22.pdf |

Good afternoon. We are following up on a previously sent email requesting documents regarding Adam Victor. Please see below.

Emilio Rodriguez, Esq. Polizzotto & Polizzotto LLC 6911 18th Avenue, Brooklyn, NY 11204 Tel: (718) 232-1250 Fax: (718) 256-0966 Email: ERodriguez@polizzotto.com www.polizzotto.com POLIZZOTTO & POLIZZOTTO E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

---

**From:** Emilio Rodriguez
**Sent:** Tuesday, August 30, 2022 5:25 PM
**To:** Judgesullivan@Freehsporkinsullivan.com
**Subject:** Erdman v. Victor

Good afternoon. I am counsel for Adam Victor in the abovementioned litigation. We need to get in touch with Mr. Louis Freeh because, as per the attached court order dated July 26, 2022, Adam needs to produce any documents Mr. Freeh may have regarding him or about him. Please indicate if you have any contact information for Mr. Freeh so we may make this request directly to him. Thank you in advance.

Emilio Rodriguez, Esq. Polizzotto & Polizzotto LLC 6911 18th Avenue, Brooklyn, NY 11204 Tel: (718) 232-1250 Fax: (718) 256-0966 Email: ERodriguez@polizzotto.com www.polizzotto.com POLIZZOTTO & POLIZZOTTO E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

# Emilio Rodriguez

**From:** Emilio Rodriguez
**Sent:** Thursday, November 3, 2022 2:23 PM
**To:** 'gkindelan@gmail.com'
**Subject:** FW: Erdman v. Victor
**Attachments:** order dtd 7-26-22.pdf

Good afternoon. We are following up on a previously sent email requesting documents regarding Adam Victor. Please see below.

Emilio Rodriguez, Esq. Polizzotto & Polizzotto LLC 6911 18th Avenue, Brooklyn, NY 11204 Tel: (718) 232-1250 Fax: (718) 256-0966 Email: ERodriguez@polizzotto.com www.polizzotto.com POLIZZOTTO & POLIZZOTTO E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Emilio Rodriguez
**Sent:** Tuesday, August 30, 2022 5:07 PM
**To:** gkindelan@gmail.com
**Subject:** Erdman v. Victor

Good afternoon. As per the attached court order dated July 26, 2022, Adam needs to produce any documents you may have regarding him or about him. Please indicate if you have any documents meeting this criteria and, if so, give a timetable for their prompt production.

Emilio Rodriguez, Esq. Polizzotto & Polizzotto LLC 6911 18th Avenue, Brooklyn, NY 11204 Tel: (718) 232-1250 Fax: (718) 256-0966 Email: ERodriguez@polizzotto.com www.polizzotto.com POLIZZOTTO & POLIZZOTTO E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

# Emilio Rodriguez

**From:** Emilio Rodriguez
**Sent:** Thursday, November 3, 2022 2:23 PM
**To:** 'ptimlin@silverseal.net'
**Subject:** FW: Erdman v. Victor
**Attachments:** order dtd 7-26-22.pdf

Good afternoon. We are following up on a previously sent email requesting documents regarding Adam Victor. Please see below.

Emilio Rodriguez, Esq. Polizzotto & Polizzotto LLC 6911 18th Avenue, Brooklyn, NY 11204 Tel: (718) 232-1250 Fax: (718) 256-0966 Email: ERodriguez@polizzotto.com www.polizzotto.com POLIZZOTTO & POLIZZOTTO E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Emilio Rodriguez
**Sent:** Tuesday, August 30, 2022 5:06 PM
**To:** ptimlin@silverseal.net
**Subject:** Erdman v. Victor

Good afternoon. As per the attached court order dated July 26, 2022, Adam needs to produce any documents you may have regarding him or about him. Please indicate if you have any documents meeting this criteria and, if so, give a timetable for their prompt production.

Emilio Rodriguez, Esq. Polizzotto & Polizzotto LLC 6911 18th Avenue, Brooklyn, NY 11204 Tel: (718) 232-1250 Fax: (718) 256-0966 Email: ERodriguez@polizzotto.com www.polizzotto.com POLIZZOTTO & POLIZZOTTO E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

# Emilio Rodriguez

| | |
|---|---|
| **From:** | Emilio Rodriguez |
| **Sent:** | Thursday, November 3, 2022 2:15 PM |
| **To:** | 'richard.bradish@nypd.org' |
| **Subject:** | FW: Erdman v. Victor |
| **Attachments:** | order dtd 7-26-22.pdf |

Good afternoon. We are following up on a previously sent email requesting documents regarding Adam Victor. Please see below.

Emilio Rodriguez, Esq. Polizzotto & Polizzotto LLC 6911 18th Avenue, Brooklyn, NY 11204 Tel: (718) 232-1250 Fax: (718) 256-0966 Email: ERodriguez@polizzotto.com www.polizzotto.com POLIZZOTTO & POLIZZOTTO E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

---

**From:** Emilio Rodriguez
**Sent:** Tuesday, August 30, 2022 5:05 PM
**To:** richard.bradish@nypd.org
**Subject:** Erdman v. Victor

Good afternoon. As per the attached court order dated July 26, 2022, Adam needs to produce any documents you may have regarding him or about him. Please indicate if you have any documents meeting this criteria and, if so, give a timetable for their prompt production.

Emilio Rodriguez, Esq. Polizzotto & Polizzotto LLC 6911 18th Avenue, Brooklyn, NY 11204 Tel: (718) 232-1250 Fax: (718) 256-0966 Email: ERodriguez@polizzotto.com www.polizzotto.com POLIZZOTTO & POLIZZOTTO E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

# Emilio Rodriguez

**From:** Emilio Rodriguez
**Sent:** Thursday, November 3, 2022 2:15 PM
**To:** 'steveingenito@aol.com'
**Subject:** FW: Erdman v. Victor
**Attachments:** order dtd 7-26-22.pdf

Good afternoon. We are following up on a previously sent email requesting documents regarding Adam Victor. Please see below.

Emilio Rodriguez, Esq. Polizzotto & Polizzotto LLC 6911 18th Avenue, Brooklyn, NY 11204 Tel: (718) 232-1250 Fax: (718) 256-0966 Email: ERodriguez@polizzotto.com www.polizzotto.com POLIZZOTTO & POLIZZOTTO E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Emilio Rodriguez
**Sent:** Tuesday, August 30, 2022 4:11 PM
**To:** steveingenito@aol.com
**Subject:** Erdman v. Victor

Good afternoon. As per the attached court order dated July 26, 2022, Adam needs to produce any documents you may have regarding him or about him. Please indicate if you have any documents meeting this criteria and, if so, give a timetable for their prompt production.

Emilio Rodriguez, Esq. Polizzotto & Polizzotto LLC 6911 18th Avenue, Brooklyn, NY 11204 Tel: (718) 232-1250 Fax: (718) 256-0966 Email: ERodriguez@polizzotto.com www.polizzotto.com POLIZZOTTO & POLIZZOTTO E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

# Emilio Rodriguez

**From:** Emilio Rodriguez
**Sent:** Thursday, November 3, 2022 2:14 PM
**To:** 'francisco.filho@undp.org'
**Subject:** FW: Erdman v. Victor
**Attachments:** order dtd 7-26-22.pdf

Good afternoon. We are following up on a previously sent email requesting documents regarding Adam Victor. Please see below.

Emilio Rodriguez, Esq. Polizzotto & Polizzotto LLC 6911 18th Avenue, Brooklyn, NY 11204 Tel: (718) 232-1250 Fax: (718) 256-0966 Email: ERodriguez@polizzotto.com www.polizzotto.com POLIZZOTTO & POLIZZOTTO E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Emilio Rodriguez
**Sent:** Tuesday, August 30, 2022 4:10 PM
**To:** francisco.filho@undp.org
**Subject:** Erdman v. Victor

Good afternoon. As per the attached court order dated July 26, 2022, Adam needs to produce any documents you may have regarding him or about him. Please indicate if you have any documents meeting this criteria and, if so, give a timetable for their prompt production.

Emilio Rodriguez, Esq. Polizzotto & Polizzotto LLC 6911 18th Avenue, Brooklyn, NY 11204 Tel: (718) 232-1250 Fax: (718) 256-0966 Email: ERodriguez@polizzotto.com www.polizzotto.com POLIZZOTTO & POLIZZOTTO E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

# Emilio Rodriguez

**From:** Emilio Rodriguez
**Sent:** Thursday, November 3, 2022 2:13 PM
**To:** 'yigalzohar@hotmail.com'
**Subject:** FW: Erdman v. Victor
**Attachments:** order dtd 7-26-22.pdf

Good afternoon. We are following up on a previously sent email requesting documents regarding Adam Victor. Please see below.

Emilio Rodriguez, Esq. Polizzotto & Polizzotto LLC 6911 18th Avenue, Brooklyn, NY 11204 Tel: (718) 232-1250 Fax: (718) 256-0966 Email: ERodriguez@polizzotto.com www.polizzotto.com POLIZZOTTO & POLIZZOTTO E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Emilio Rodriguez
**Sent:** Tuesday, August 30, 2022 4:09 PM
**To:** yigalzohar@hotmail.com
**Subject:** Erdman v. Victor

Good afternoon. As per the attached court order dated July 26, 2022, Adam needs to produce any documents you may have regarding him or about him. Please indicate if you have any documents meeting this criteria and, if so, give a timetable for their prompt production.

Emilio Rodriguez, Esq. Polizzotto & Polizzotto LLC 6911 18th Avenue, Brooklyn, NY 11204 Tel: (718) 232-1250 Fax: (718) 256-0966 Email: ERodriguez@polizzotto.com www.polizzotto.com POLIZZOTTO & POLIZZOTTO E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.



# NYPD Property Clerk Invoice
PD 521-141(Rev.12/18)



Invoice No. **1000643762**

| Invoicing Command | Invoice Status |
|---|---|
| **26TH PRECINCT** | **CLOSED** |

| Invoice Date | Property Type | Property Category |
|---|---|---|
| 05/14/2015 | **GENERAL PROPERTY** | **INVESTIGATORY** |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Invoicing Officer | POM | BRADISH, RICHARD | 944377 | DB GRAND LARCEN | OCME.EU No. | |
| Arresting Officer | N/A | | | | OCME.FB No. | |
| Investigating Officer | POM | BRADISH, RICHARD | 944377 | DB GRAND LARCEN | Police Lab Evid.Ctrl.No. | |
| Det Squad Supervisor | SGT | SANCHEZ, BRANDI | 935685 | DB GRAND LARCEN | Det Sqd. Case No. | |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. | |

| Item | Total QTY | Article(s) | Estimated Value | Pkg. No | QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 4 | **COMPUTER - HARDWARE** COLOR: **CHROME** MUTILATED/CONTAMINATED: **NO** DESCRIPTION: **HARD DRIVES WRAPPED IN BUBBLE WRAP ALL IN 1 BOX** | | 2002246011 - 1300500623 | 4 | 11/06/2017 DESTROYED/ DISPOSED |

**Total Cash Value**   0.00

### REMARKS

944377 05/14/2015 14:40 : - Four hard drives wrapped in bubble wrap are being vouched inside the card board box that they were recieved in

944377 05/14/2015 14:43 : - Four hard drives wrapped in bubble wrap, contained in the card board box that they were recieved in are being vouched for investigation.

935754 10/05/2017 17:57 : - N/A

928791 10/05/2017 18:11 : - Item# 1 with quantity 4 is unpacked from PETS No. 1300313306

922927 10/05/2017 21:37 : - Item# 1 with quantity 4 is packed into PETS No. 1300313306

922927 10/05/2017 21:38 : - Item# 1 with quantity 4 is unpacked from PETS No. 1300313306

922927 10/05/2017 21:46 : - Item# 1 with quantity 4 is packed into PETS No. 1300313306

922927 10/05/2017 21:46 : - Item# 1 with quantity 4 is unpacked from PETS No. 1300313306

922927 10/05/2017 22:12 : - Item# 1 with quantity 4 is packed into PETS No. 1300500623

928544 11/03/2017 08:25 : - Disposition Reviewed

928544 11/03/2017 08:26 : - Disposition Approved

925572 11/06/2017 10:59 : - Disposition Completed

| Date of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 05/14/2015 | 155/GRAND LARCENY | FELONY | | REFUSED |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|
| | | | | | |

| | Name | Tax No. | Address | | Phone No |
|---|---|---|---|---|---|
| Finder | | | | | |
| Owner | VICTOR, ADAM | | 630 1 STREET NEW YORK, NY | | 917-816-3700 |



Invoice No. **1000643762**

Property Clerk Copy
printed: 11/04/2022 16:41

PCD Storage No.
**15W039775**
Page No.1 of 2



**NYPD Property Clerk Invoice**
PD 521-141(Rev.12/18)



Invoice No. **1000643762**

| | | | | |
|---|---|---|---|---|
| Complainant(s) | VICTOR, ADAM | 630 1 STREET NEW YORK, NY | | 917-816-3700 |
| Person Vehicle Taken From | | | | |
| Complaint No. | N/A | | | |
| Related Comp No.(s) | N/A | | | |
| Aided/Accident No.(s) | N/A | | | |
| Related Invoice(s) | N/A | | | |

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | POM | BRADISH, RICHARD | 944377 | DB GRAND LARCEN | 05/14/2015 | 14:21 |
| Invoicing Officer | POM | BRADISH, RICHARD | 944377 | DB GRAND LARCEN | 05/14/2015 | 14:21 |
| Approved By | SGT | SANCHEZ, BRANDI | 935685 | DB GRAND LARCEN | 05/14/2015 | 14:59 |

Invoice No. **1000643762**

Property Clerk Copy
printed: 11/04/2022 16:41

PCD Storage No.
**15W039775**
Page No.2 of 2