**From:** Todd Stefan <tstefan@setecinvestigations.com>
**Sent:** Tuesday, July 17, 2018 12:24 AM EDT
**To:** Adam Victor <adamvictor@tgds.com>
**CC:** Conrad <cj@jlattorneyspc.com>; Sam Rosenthal <sam.rosenthal@nelsonmullins.com>; mkunkel <mkunkel@setecinvestigations.com>
**Subject:** Re: Hard Drive Information - Victor v Erdman

Thanks, Adam.  We will know much more as our investigative efforts advance.

Talk to you soon.

Todd Stefan

_____  _____
Setec Investigations
The Power of Electronic Evidence
A Licensed Investigative Agency

tstefan@SetecInvestigations. com
www.SetecInvestigations.com
(323) 939-5598 x112

On Mon, Jul 16, 2018 at 6:45 PM, Adam Victor<adamvictor@tgds.com> wrote:
> Todd
>
> One more item:
>
> Please see if EVERYTHING that were on the hard drives I sent to you because I thought they were the original drives, is on these hard drives - because he could also possibly be withholding drives.
>
> If he claimed that I gave him my computer - then He should have everything that was on those hard drives. Otherwise, his copies are clones and he didn't copy everything.
>
> ADAM
>
> Sent from my iPad
>
> On Jul 16, 2018, at 11:02 AM, Todd Stefan <tstefan@setecinvestigations.com> wrote:
>
>> In anticipation of having the devices photographed that we took custody of on Friday, I wanted to share the following chat of these items with you:
>>
>> | Make/Manufacturer | Capacity | Serial No. |
>> |---|---|---|
>> | G-Drive | 2 TB | YAGUKLDS |
>> | G-Drive | 2 TB | YAHE1HWT |
>> | Samsung 2.5" Solid State Drive | 256 GB | YC3GG0G936-SY936B4846 |
>> | Intel 2.5" Solid State Drive | 80 G | CVEM845200U2080DGN |
>> | Hitachi Deskstar 3.5" Hard Drive | 750 GB | IX75100DFYKGA |
>>
>> The Intel 80G hard drive has a note on it that it is damaged, which is not recognized by any of our hardware.  In light of this, this device will need to be sent to a clean room for repair, which I can help facilitate, so that the data contained on this device can be acquired.
>>
>> Additionally, the Samsung 256GB has core storage and is encrypted with FileVault. Do you have the password for this hard drive?

**JSAV400**

Talk to you soon.


Todd Stefan
_____  _____
Setec Investigations
The Power of Electronic Evidence
A Licensed Investigative Agency

tstefan@SetecInvestigations.com
www.SetecInvestigations.com
(323) 939-5598 x112

**JSAV401**