**From:** adamvictor@tgds.com
**Sent:** Wed, 11 Nov 2015 23:10:17 -0500 (EST)
**To:** "Sonja Bozic" <sonia.bozic@gmail.com>
**Subject:** Re: Question

Sonja

It wasn't me, but it was Josh. For the California lawsuit on the airplanes, we were ordered to search all TGDS emails for certain keywords about the airplane. They had to channge your password, but they were looking into my, your, Nazym's, Eve's Tiffany's etc emails.

Search should be done tomorrow - then we can all reset our passwords.

We are due back in front of the Judge, two weeks from yesterday.

Hope all is well with you. I know this is a tough time for you - but once the 1 year anniversary is over, you will be OK. Call anytime if you need anything.

ADAM

------Original Message------
From: Sonja Bozic
To: tgds
Subject: Question
Sent: Nov 11, 2015 10:36 PM

Adam,

Did you log in into my tgds email? I got a notification that someone logged in from a PC computer.

Just checking...

Sent from my iPhone
Sent from my Verizon Wireless BlackBerry