**From:** Todd Stefan <tstefan@setecinvestigations.com>
**Sent:** Saturday, September 23, 2017 9:17 PM EDT
**To:** Adam Victor <adam@tgds.com>
**Subject:** Re: Hard Drives

Hi Adam,

I am sorry for the delay as I thought Tino had updated you.  The following is the update Tino provided me when Anthony was onsite coordinating with the NYPD:

Anthony went to the NYPD in Brooklyn at the address you gave us. The drives are not there and they were moved to another location. They can't tell us for sure where they are. I called Adam Victor who spoke to Detective Bradish who confirmed that the drives were transferred to another location. I then called Det. Bradish and asked to tell me where they are and perhaps give me an address. He didn't know. I then asked for the address of the property clerk in Bronx as someone said they could be there but he didn't know that either. I then called the Property Clerk in Brooklyn but nobody is answering, I tried numerous times and they hung up without answering. I then called the Bronx NYPD property clerk numerous times to check if the drives are there but the same thing. They kept hanging up. I spent hours on this without results as Anthony was onsite trying to coordinate with the police. This is NYPD's excellent customer service costing Adam a lot of money.

Adam has to tell us where the items are so we can go to the right place.

---

Talk to you soon.

Todd Stefan

_____
Setec Investigations
The Power of Electronic Evidence
A Licensed Investigative Agency

tstefan@SetecInvestigations.com
www.SetecInvestigations.com
(323) 939-5598 x112


On Sat, Sep 23, 2017 at 2:33 PM, Adam Victor<adam@tgds.com> wrote:
> Todd
>
> Did your guy ever pick up the Hard Drives?
>
> Please confirm
>
>
>
> Regards:
>
> Adam Victor
>
>