| | |
|---|---|
| **From:** | "Adam Victor" <adamvictor@tgds.com> |
| **To:** | "Patrick Timlin" <ptimlin@silverseal.net> |
| **Subject:** | Re: Thoughts |

Pat

If matters gets too complicated with SETEC, is there another firm you know that could opine quickly and simply if we had SETEC send them an electronic file of what they have?

I think initially

REGARDS:

Adam Victor
(917) 816- 3700


> On Jun 26, 2018, at 6:25 AM, Patrick Timlin <ptimlin@silverseal.net> wrote:

Hi Adam:
It's a very thoughtful and positive letter and it may be helpful in the civil cases but I don't think it would have helped us here.

I am hopeful that the forensics on the hard drive will help us with a perjury prosecution. There seemed to be genuine interest in that from Michael Sachs.

You're welcome for the help. I wish it went better but we certainly were on point and presented our case very strongly.

If you need cyber forensic support let me know. If you are satisfied with the firm that you are already dealing with, I recommend that you stay with them for continuity in this complicated case.
If you are dissatisfied with them, we can provide the services.

Thanks,

Pat

Patrick Timlin
CEO

> **SilverSEAL Corporation**
> Cannon's Walk
> at The South Street Seaport
> 19 Fulton Street, Suite 308B
> New York, NY  10038
> T. (212) 732-1897 F. (212) 732-2017
> C. (347) 497-1700
> ptimlin@SilverSEAL.net

> Confidentiality: The information contained in this email and any accompanying attachment is confidential. It is intended only for the named recipient (s). If you are not the intended recipient, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, delete this message and please immediately notify us by return e-mail or by telephone at (212) 732-1897.

On Jun 23, 2018, at 10:19, Adam Victor <adamvictor@tgds.com> wrote:

       Pat:

I know we didn't want "distractions", but do you think if we showed Sonja's Letter (or her Affidavit) it would have had a positive effect.

I see two things it could have done.

1. It shows me in a very sympathetic light with a woman, who knows me very well for years, traveled with me, and was supported and comforted by me in a very trying time for her. The fact that she knows me for 6 years and is writing to a Judge on my behalf shows that she knows that the girls claims were ridiculous. A true victim of a rape would never support someone who she thought sexually harassed women, let alone travel extensively alone with him to dangerous places in the world.

2. It's shows the absolute seriousness and recklessness of their theft - which not only endangers my life, but could endanger Sonja's life if Erdman chooses to disseminate stolen files that relate to this matter to the press. Remember, Sonja spends almost half the year overseas and is not protected by American borders.

I know Sam did not want to use this - but I disagreed. Much of Sam's inherent negativity may come from a personal disdain for these types of activities that some politically liberal people may have. I have spent 33 years of my life taking risks on this matter - and I am not ashamed of what I did. I guess Sam is afraid for physical harm that may befall me from these players if this gets out. I am not, or I wouldn't have done what I did.

I just think this was a super powerful document (for the two reason stated above) that we didn't fully utilize.

I leave it to you and you are authorized to share it if you think it will make a difference. I think it could certainly change Roecker's view of me. Whether thats's enough to change her decision, I don't know. But when you add the other matter, who knows. Sachs may over-rule her because of the absolute seriousness of this. I am attaching an email that was on my computer from 2010 which Tyler has. It obviously shows who my company was working with. It is absurd to think I would give him access to these emails when my Staff and Kids didn't even know what I was doing.

I think Sam's advice on not coming clean on this may have been a mistake - especially since Detective Bradish specifically told me that Roecker specifically told him that she didn't believe I was engaged in these activities.

Thanks for your efforts. Perhaps we will get the hard drives and prove that Tyler perjured himself, which would be dispositive in showing that he didn't have "authorization".

AV-TE-00020625

If one has "authorization" one does not have to be mendacious.  The July 5th Hearing will be very important. If it becomes clear that choosing a New York based firm to take possession of the hard drives will expedite matters with the Judge, I would like to have your firm designated to be the recipient of the hard drives if that is OK with you.

Thanks again

ADAM

<SONJA LETTER + VISA = PASSPORT' copy 2.pdf>

<FBI dentification.pdf>

<PastedGraphic-8.pdf>