

**6911 18TH AVENUE**
**BROOKLYN, NEW YORK 11204**
**TELEPHONE (718) 232-1250**
**FAX (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*

EMILIO RODRIGUEZ

*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York  11030

**VIA ELECTRONIC FILING**                                         **November 16, 2022**
The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

        Re:    **Request to respond to Erdman**
                 *Tyler Erdman v. Adam Victor, et al.*, **No. 20 Civ. 4162**

Dear Judge Gorenstein,

      This letter is written in response to the submission of Tyler Erdman dated November 15, 2022.  We request the opportunity to submit reply papers to his opposition to our memorandum of law opposing the imposition of sanctions.  Plaintiff has made extensive allegations which merit a reply submission.

Yours faithfully
**Polizzotto & Polizzotto, LLC**

Emilio Rodriguez

*PLEASE RESPOND TO BROOKLYN OFFICE*