

**THE LAW OFFICES OF POLIZZOTTO & POLIZZOTTO, LLC**

6911 18TH AVENUE
BROOKLYN, NEW YORK 11204
TELEPHONE (718) 232-1250
FAX (718) 256-0966

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*

EMILIO RODRIGUEZ

*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York 11030

**VIA ELECTRONIC FILING**
The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

November 16, 2022

**MEMORANDUM ENDORSED**

Re:   **Request to respond to Erdman**
      *Tyler Erdman v. Adam Victor, et al.*, **No. 20 Civ. 4162**

Dear Judge Gorenstein,

This letter is written in response to the submission of Tyler Erdman dated November 15, 2022. We request the opportunity to submit reply papers to his opposition to our memorandum of law opposing the imposition of sanctions. Plaintiff has made extensive allegations which merit a reply submission.

Yours faithfully
**Polizzotto & Polizzotto, LLC**

Emilio Rodriguez

Application granted. File by November 21, 2022.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 17, 2022

*PLEASE RESPOND TO BROOKLYN OFFICE*