# EXHIBIT B

**Name**
iPhone 12 Pro Max A

**iOS Version**
16.0.2 (20A380)

**Model Name**
iPhone 12 Pro Max

**Model Number**
NG9M3LL/A

**Serial Number**
HH5FP02Z0D49

**Songs**
0

4:08

< General          About

| | |
|---|---|
| Name | iPhone 14 > |
| iOS Version | 16.1.2 > |
| Model Name | iPhone 14 Pro Max |
| Model Number | MQ913LL/A |
| Serial Number | CDPX7XYWD0 |
| AppleCare+ with Theft and Loss | Expires: 10/31/24 > |
| Songs | 0 |

2