# EXHIBIT C



**NYPD Property Clerk Invoice**
PD 521-141(Rev.12/18)



Invoice No. **1000643762**

| Invoicing Command | | | | | | Invoice Status |
|---|---|---|---|---|---|---|
| **26TH PRECINCT** | | | | | | **CLOSED** |
| Invoice Date | | Property Type | | | | Property Category |
| 05/14/2015 | | **GENERAL PROPERTY** | | | | **INVESTIGATORY** |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Invoicing Officer | POM | BRADISH, RICHARD | 944377 | DB GRAND LARCEN | OCME.EU No. | |
| Arresting Officer | N/A | | | | OCME.FB No. | |
| Investigating Officer | POM | BRADISH, RICHARD | 944377 | DB GRAND LARCEN | Police Lab Evid.Ctrl.No. | |
| Det Squad Supervisor | SGT | SANCHEZ, BRANDI | 935685 | DB GRAND LARCEN | Det Sqd. Case No. | |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. | |

| Item | Total QTY | Article(s) | Estimated Value | Pkg. No. | QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 4 | **COMPUTER - HARDWARE**  COLOR: **CHROME** MUTILATED/CONTAMINATED: **NO**  DESCRIPTION: **HARD DRIVES WRAPPED IN BUBBLE WRAP ALL IN 1 BOX** | | 2002246011 - 1300500623 | 4 | 11/06/2017 **DESTROYED/ DISPOSED** |
| | | | **Total Cash Value** | 0.00 | | |

**REMARKS**

944377 05/14/2015 14:40 : - Four hard drives wrapped in bubble wrap are being vouched inside the card board box that they were recieved in

944377 05/14/2015 14:43 : - Four hard drives wrapped in bubble wrap, contained in the card board box that they were recieved in are being vouched for investigation.

935754 10/05/2017 17:57 : - N/A

928791 10/05/2017 18:11 : - Item# 1 with quantity 4 is unpacked from PETS No. 1300313306

922927 10/05/2017 21:37 : - Item# 1 with quantity 4 is packed into PETS No. 1300313306

922927 10/05/2017 21:38 : - Item# 1 with quantity 4 is unpacked from PETS No. 1300313306

922927 10/05/2017 21:46 : - Item# 1 with quantity 4 is packed into PETS No. 1300313306

922927 10/05/2017 21:46 : - Item# 1 with quantity 4 is unpacked from PETS No. 1300313306

922927 10/05/2017 22:12 : - Item# 1 with quantity 4 is packed into PETS No. 1300500623

928544 11/03/2017 08:25 : - Disposition Reviewed

928544 11/03/2017 08:26 : - Disposition Approved

925572 11/06/2017 10:59 : - Disposition Completed

| Date of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 05/14/2015 | **155/GRAND LARCENY** | **FELONY** | | **REFUSED** |

| Prisoner(s) Name | D.O.B | Age | Address | | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|---|
| | Name | | Tax No. | Address | | Phone.No |
| Finder | | | | | | |
| Owner | **VICTOR, ADAM** | | | **630 1 STREET NEW YORK, NY** | | **917-816-3700** |



Invoice No. **1000643762**

**Property Clerk Copy**
printed: 11/03/2022 14:58

PCD Storage No.
**15W039775**
Page No.1 of 2