

# THE LAW OFFICES OF
# POLIZZOTTO & POLIZZOTTO, LLC

**6911 18TH AVENUE**
**BROOKLYN, NEW YORK 11204**
**TELEPHONE (718) 232-1250**
**FAX (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*

———————————————
EMILIO RODRIGUEZ

———————————————
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York 11030

## MEMORANDUM ENDORSED

**VIA ELECTRONIC FILING**               **April 3, 2023**
The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> Re: **Request for extension of discovery**
> *Tyler Erdman v. Adam Victor, et al.*, **No. 20 Civ. 4162**

Dear Judge Gorenstein,

This letter is written to request an extension of the discovery deadline presently set for April 3, 2023, as well as the deadline for filing the letter required in the case management order, presently due April 10, 2023.

The privilege log was submitted to the Plaintiff today. Due to the fact he will need time to review the log, and its accompanying document production, we agreed to jointly request a four-week extension of the discovery deadline.

Yours faithfully
**Polizzotto & Polizzotto, LLC**

Emilio Rodriguez

*PLEASE RESPOND TO BROOKLYN OFFICE*

The discovery deadline is extended to May 3, 2023. The letter to Judge Schofield required by paragraph 13.b of Docket # 77 shall be filed by May 10, 2023.  This is literally the third time Mr. Rodriguez has failed to comply with paragraph 1.E of the Court's Individual Practices despite being admonished to do so.  (See Docket # 134, 155).  To determine whether there is any point in once again admonishing Mr. Rodriguez on this failing, Mr. Rodriguez is directed to file a letter by April 11, 2023, explaining why he has violated the Court's Orders on this point and whether he intends to continuing violating those Orders.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

April 4, 2023