| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | TNALLC | | | | |
| 2 | AVICTOR@TRANSGASENERGY | | | | |
| 3 | ADADMVICTOR@TRANSGASDEVELOPMENT | | | | |
| 4 | ADAMVICTOR@TGDS | | | | |
| 5 | ADAM@TGDS | | | | |
| 6 | ADAM@777.AERO | | | | |
| 7 | ADAM@TRANSNATIONAL.AERO | | | | |
| 8 | ADAM@77XAV | | | | |
| 9 | 77@77AV.CC | | | | |
| 10 | ADAMVICTOR@ADAMVICTOR.CC | | | | |
| 11 | ADAMVICTOR@ADAMVICTOR.NET | | | | |
| 12 | ADAMHVICTOR@GMAIL | | Redacted | | |
| 13 | ADAMVICTORSR@GMAIL | | | | |
| 14 | AVICTOR@AVICTOR.COM | | | | |
| 15 | ADAM@771AV,COM | | | | |
| 16 | ADAM@9176008000 | | | | |
| 17 | MRMUSCLEMANSON | | | | |
| 18 | SARGONTHEGREAT1 | | | | |
| 19 | GASORANGE | | | | |
| 20 | TransGAsDS@gmail | | | | |
| 21 | tgds77@gmail | | | | |
| 22 | transnationalms@gmail | | | | |
| 23 | TGDS777@gmail | | | | |
| 24 | adam@gasalternativesystems.com | | | | |
| 25 | | | | | |
| 26 | adam@777.com  APPLE | | | | |
| 27 |  adam.victor@me   APPLE | | | | |
| 28 | tnallc@me   APPLE | | | | |
| 29 | | | | | |
| 30 | DROPBOX   TNALLC | | | | |
| 31 | DROPBOX, adam@tgds, AV@TGDS, adam@777 | | | | |
| 32 | LINKEDIN | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | 77@77av.cc  (I Cloud)  Trans Gas | | | | |
| 36 | 77@77av.cc (Dropbox)  Trans Gas | | | | |
| 37 | | | | | |
| 38 | TRANSGAS@TUTANOTA.COM | | | | |
| 39 | ADAMVICTOR@PROTONMAIL.COM | | | | |
| 40 | | | | | |
| 41 | UBER | ADAM@TGDS | | | |
| 42 | | adamvictor@tgds | Redacted | | |
| 43 | JUNO | tnallc@aol.com | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 44 | Starbucks | adam@tgds | | | |
| 45 | Times | | | | |
| 46 | WSJ | | | | |
| 47 | Financial Times | | | | |
| 48 | Slingbox | | | | |
| 49 | TWC | | | | |
| 50 | | | | | |
| 51 | info@tgds.com | | | | |
| 52 | | | Redacted | | |
| 53 | ATT | avictortcml | | | |
| 54 | VERIZON | 9178163700 | | | |
| 55 | | | | | |
| 56 | Apple ID | ADAMHVICTOR@GMAIL.COM | | | |
| 57 | APPLE ID | adamvictor@Icloud | | | |
| 58 | | adam.victor@me.com | | | |
| 59 | NYC Park | adam@tgds.com | | | |
| 60 | | | | | |
| 61 | | | | | |
| 62 | Avictor@NYC.com | tell6661polo | | | |
| 63 | | | | | |
| 64 | phonetag | | | | |
| 65 | adamvictor@trasngasdevelopment.com | 9178163700 | | | |
| 66 | avictor@transgasenergy.com | 2127250427 | | | |
| 67 | tnallc@aol.com | 2127250427 | | | |