

# THE LAW OFFICES OF
# POLIZZOTTO & POLIZZOTTO, LLC

**6911 18TH AVENUE**
**BROOKLYN, NEW YORK 11204**
**TELEPHONE (718) 232-1250**
**FAX (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*

EMILIO RODRIGUEZ

*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York 11030

## MEMORANDUM ENDORSED

**VIA ELECTRONIC FILING**  **September 6, 2023**
The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:    Request for extension of discovery
              <u>*Tyler Erdman v. Adam Victor, et al.*</u>, No. 20 Civ. 4162

Dear Judge Gorenstein,

     This letter is written to request for an extension of the discovery deadline, presently set for September 7, 2023, and September 14, 2023, as the last day for the order required in the case management plan, to October 23, 2023 and October 30, 2023, respectively.

     This is the eleventh request for an extension of the discovery deadline. The extension is needed due to the fact there presently exists a date for providing document production information past the overall discovery deadline, and Plaintiff will need time to review the responses required by the Order of the Court dated August 25, 2023. After calling him twice and leaving a message, Plaintiff and I were not able to confer today.

     Therefore, I make this request to extend the deadlines for discovery and the order required in the case management plan.

*PLEASE RESPOND TO BROOKLYN OFFICE*

Yours faithfully
**Polizzotto & Polizzotto, LLC**

*[signature]*

Emilio Rodriguez

Application denied for failure to comply with paragraph 1.E of the Court's Individual Practices.

So Ordered.

*[signature]*

GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 7, 2023