UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                :

TYLER ERDMAN
                                                :

        Plaintiff,                                       ORDER
                                                :

    -v.-
                                                :      20 Civ. 4162 (LGS ) (GWG)

ADAM VICTOR et al.,
                                                :

        Defendants.                              :
-------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      A conference to discuss the discovery disputes raised in the parties' letters dated December 4, 2023, and December 5, 2023, will take place on Thursday, December 21, 2023, at 11:00 a.m. in Courtroom 519, 40 Centre Street, New York, New York.  It is the Court's intention to decide the dispute based on the parties' letters unless a party files a letter in advance of the conference showing good cause why formal briefing should be required.

      This is the only matter scheduled for this date and time.  Please be sure to arrive sufficiently in advance so that the conference may begin on time.

      Each party is directed to ensure that all other parties are aware of the conference date and time.  In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

      SO ORDERED.

Dated: December 7, 2023
       New York, New York

                                                         _____
                                                         GABRIEL W. GORENSTEIN
                                                         United States Magistrate Judge