UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TYLER ERDMAN                                     :

            Plaintiff,              :        ORDER

  -v.-                                                   :
                                                                     20 Civ. 4162 (LGS)(GWG)
ADAM VICTOR et al.,                          :

           Defendants.          :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      As stated at the conference held today, the defendant shall arrange forthwith a conference at which the defendant, both of defendant's attorneys and any vendor involved in the production process shall be present to answer questions from plaintiff. The discovery deadline is extended to March 4, 2024. The letter to Judge Schofield as required by paragraph 13.b of Docket #77 shall be filed by March 11, 2024.

      SO ORDERED.

Dated: December 21, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge