UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TYLER ERDMAN,                                     :

        Plaintiff,                          :        ORDER

  -v.-                                                  :        20 Civ. 4162 (LGS) (GWG)

ADAM VICTOR,                                      :

        Defendant.                        :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    With regard to the two recent letters (Docket ## 215, 216), the Court rules as follows:

    Defendant shall produce the privilege log entries ordered by the Court at the December 21, 2023 conference by January 5, 2024.  On the issue of defendant's failure to comply with the Court's deadline, the Court is separately issuing an Order to Show Cause.

    Defendant shall provide a date for the conference ordered by the Court on December 21, 2023.  See Order, filed Dec. 21, 2023 (Docket # 212).  Mr. Rodriguez or Mr. Polizzotto must contact plaintiff immediately (by January 5, 2024) to arrange the date for the conference.  The conference shall take place by January 12, 2024, unless the parties agree to another date.  As to the issue of which "vendors" should attend the conference, the defendant does not contradict plaintiff's statement that SETEC was the "primary collector[] of data" and thus SETEC plainly has information as to the nature and propriety of the collection process.  Accordingly, persons with knowledge from both SETEC and TransPerfect must attend the conference.

    SO ORDERED.

Dated: January 4, 2024
       New York, New York

                                                                                             GABRIEL W. GORENSTEIN
                                                                              United States Magistrate Judge