

**6911 18TH AVENUE**
**BROOKLYN, NEW YORK 11204**
**TELEPHONE (718) 232-1250**
**FAX (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*

EMILIO RODRIGUEZ

*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York 11030

## MEMORANDUM ENDORSED

**VIA ELECTRONIC FILING**  **January 4, 2024**
The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Request for extension of privilege log deadline
      _Tyler Erdman v. Adam Victor, et al._, No. 20 Civ. 4162

Dear Judge Gorenstein,

This letter is written to request an extension of the privilege log deadline, as listed in your Order dated January 4, 2024, from January 5, 2024 to January 9, 2024. This is the second request for such an extension since the conference held on December 21, 2023. The first was granted by the Plaintiff, and Your Honor issued his deadline of January 5, 2024 in today's Order.

The reason for the extension is due to the fact our point person at the document vendor, who will be assembling the amended log, will be available on a limited basis over the next couple of days due to his wife's imminent surgery. After speaking with him regarding the production of the additional privilege log, the number of entries turning out to be more than anticipated, he expressed to me everything should be done by Tuesday morning, on January 9, 2024. I spoke to the Plaintiff earlier today and he consented to the extension. No other dates need to be changed as a result of the amended privilege log being produced next Tuesday.

_PLEASE RESPOND TO BROOKLYN OFFICE_

Therefore, we request an extension of the deadline for submitting the amended privilege log from January 5, 2024 to January 9, 2024.

Yours faithfully
**Polizzotto & Polizzotto, LLC**

Emilio Rodriguez

Extension to January 9, 2024, granted.  The Court notes that once again counsel has incorrectly asserted that plaintiff previously "granted" an extension.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
January 5, 2024