

**THE LAW OFFICES OF**
**POLIZZOTTO & POLIZZOTTO, LLC**

6911 18TH AVENUE
BROOKLYN, NEW YORK 11204
TELEPHONE (718) 232-1250
FAX (718) 256-0966

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*

EMILIO RODRIGUEZ

*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York 11030

**VIA ELECTRONIC FILING**                                                     **January 10, 2024**
The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

        Re:   Response to Erdman letter dated January 10, 2024
              *Tyler Erdman v. Adam Victor, et al.*, No. 20 Civ. 4162

Dear Judge Gorenstein,

      This letter is written in response to the letter of the Plaintiff dated January 10, 2024.

      The Order of the Court dated January 4, 2024 states we were to contact the Plaintiff immediately to arrange the date of the conference. That call was made the same day the order came down. During that call, the conference was extensively discussed. The Plaintiff even admitted the only barrier to the conference would be organizing the vendors' schedules to the point of agreeing on an actual date. I have been in daily contact with my point person from TransPerfect (the document vendor), Stephen Kaludis, due to the amended privilege log that was timely submitted on January 9, 2024. Mr. Kaludis informed me he would do his best to make himself generally available around the schedule of the representative from Setec. Mr. Polizzotto and I have expressed the same in terms of our availability. I sent an email to Todd Stefan at Setec Investigations, the forensics firm that served as the custodian for my client's documents, with no response. I have also called him three times at two different numbers (800-748-5440 and 323-939-5598) and left several messages. He has yet to return any of my calls.

*PLEASE RESPOND TO BROOKLYN OFFICE*

The facts are we communicated with the Plaintiff to timely arrange for the vendor conference, a conference which can still theoretically occur by January 12, 2024. However, it does not appear likely. This request to extend the time within which to hold the vendor conference is also timely, and consistent with the way such requests for extensions have been made in the past.

Therefore, we request the Court extend the time for the vendor conference to January 22, 2024, and deny all other relief requested by the Plaintiff.

Yours faithfully
**Polizzotto & Polizzotto, LLC**

Emilio Rodriguez