# EXHIBIT 1

**From:** Emilio Rodriguez erodriguez@polizzotto.com
**Subject:** Re: Production Conference
**Date:** December 29, 2023 at 11:18 AM
**To:** Tyler Erdman tyler@erdman.it
**Cc:** Alfred Polizzotto aljr@polizzotto.com

Hi Tyler.  I have been attending to a personal matter regarding a family member and have not been able to complete it.  Rest assured you will get it soon.  From what I gathered at the conference the judge only meant for the doc vendor to be at the meeting, not SETEC, so it will be the doc vendor.

Emilio Rodriguez, Esq. Polizzotto & Polizzotto LLC 6911 18th Avenue, Brooklyn, NY 11204 Tel: (718) 232-1250 Fax: (718) 256-0966 Email: ERodriguez@polizzotto.com www.polizzotto.com POLIZZOTTO & POLIZZOTTO E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

---

**From:** Tyler Erdman <tyler@erdman.it>
**Sent:** Friday, December 29, 2023 9:56:39 AM
**To:** Emilio Rodriguez <erodriguez@polizzotto.com>
**Cc:** Alfred Polizzotto <aljr@polizzotto.com>
**Subject:** Production Conference

Hi Emilio,

I wanted to touch base about the privilege log that was due yesterday. When should I expect it?

Can you provide some dates that everyone on your side would be available for our conference about the production. If possible I would like have it between January 8th and 12th.

Should I expect both TransPerfect and SETEC to be attending?

Have a happy new year,

Tyler