

**6911 18ᵀᴴ AVENUE**
**BROOKLYN, NEW YORK 11204**
**TELEPHONE (718) 232-1250**
**FAX (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*

———————————————
EMILIO RODRIGUEZ
———————————————
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York 11030

**VIA ELECTRONIC FILING**      March 1, 2024
The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: **Request for extension of discovery**
      <u>*Tyler Erdman v. Adam Victor*, et al.</u>, **No. 20 Civ. 4162**

Dear Judge Gorenstein,

  This letter is written to request an extension of the discovery deadline, presently set for March 4, 2024, and for an extension of the deadline for the order required in the case management plan, presently set for March 11, 2024.

  Paragraph 1.E of the Court's Individual Rules and Practices states requests for extensions of deadlines must state (1) the date or dates sought to be extended, (2) the number of previous requests for extensions, (3) the reason for the extension, and (4) whether the adversary objects and, if so, the reasons given by the adversary for objecting.

  This is the thirteenth request for an extension of the discovery deadline. The extension is needed so the Plaintiff can complete his review of the documents provided to him. After discussing it with him, Plaintiff informed me he consents to the request of the extension of the discovery deadline.

*PLEASE RESPOND TO BROOKLYN OFFICE*

This letter proposes a change of the discovery deadline from March 4, 2024, to April 18, 2024. This, in turn, affects the deadline for the order required by the case management plan, presently set for March 11, 2024. We propose changing it to April 25, 2024.

Therefore, Plaintiff and I make this joint request to extend the deadlines for discovery and the order required in the case management plan.

Yours faithfully
**Polizzotto & Polizzotto, LLC**

Emilio Rodriguez