| Date | Provider | Type | Evidence Number | File Count | Size | Media Recived | Erdman's Findings |
|---|---|---|---|---|---|---|---|
| 2/24/2019 | Schlam Stone | Hard Drive | TDM-S-121319 | 118478 | 109 | hard drive | Erdman State Prod |
| 2/24/2019 | Schlam Stone | Flash Drive | TDM-S-121320 | 4611 | 18.7 | flash drive | Khatskevich State Prod |
| 2/24/2019 | Schalm Stone | Hard Drive | TDM-S-121319 | 3143 | 14.49 | Hard drive | Toktassynova State Prod |
| 4/22/2020 | Schlam Stone | Export from Braverman case | TDM-D-215006 | 35769 | 9.8703 | DR export | Selective export from other action |
| 7/30/2020 | Schlam Stone | Export from Braverman case | TDM-D-222814 | 1962 | 0.44 | DR export | Selective export from other action |
| 7/8/2021 | GDrive 2 (S/N: YAHE1HWT) | Network Data Collection | 073-0001 | | | Network Data Collection | Erdman SETAC Drive |
| 7/9/2021 | TLS Forensics | Hard Drive | TDM-D-253911 | 38 | 0.0272 | TLS network | Erdman SETAC Drive |
| 7/9/2021 | TLS Forensics | Hard drive | TDM-D-253900 | 54466 | 2.4889 | TLS network | Erdman SETAC Drive |
| 7/9/2021 | TLS Forensics | Hard drive | TDM-D-253884 | 145999 | 21.926 | TLS network | Erdman SETAC Drive |
| 11/9/2022 | yevgeniya@tgds.com | Email Collection | 087-0001 | | | Email Collection | Khatskevich Email |
| 11/9/2022 | nazym@tgds.com | Email Collection | 087-0002 | | | Email Collection | Toktassynova Email |
| 11/9/2022 | DropBox Collection (adam@tgds.com) | Network Data Collection | 087-0003 | | | Network Data Collection | DropBox |
| 11/9/2022 | DropBox Collection (adamvictor@tgds.com) | Network Data Collection | 087-0004 | | | Network Data Collection | DropBox |
| 11/10/2022 | DropBox Collection (77@77av.cc) | Network Data Collection | 087-0005 | | | Network Data Collection | Dropbox |
| 11/22/2022 | TLS Forensics | TLS netwrok | TDM-D-303300 | 73769 | 134.69 | TLS network | "DeDuped" results from email and dropbox accounts |
| 12/22/2022 | Polizzotto | email | TDM-S-176527 | 5 | 0.008 | email | Priv Log |
| 3/27/2023 | Polizzotto | FTP | TDM-S-199914 | 8 | 0.0012 | FTP | Priv Log |
| 1/5/2024 | Polizzotto | FTP | TDM-S-216599 | 203 | 0.0756 | ftp | Priv Log |
| 1/9/2024 | Polizzotto | FTP | TDM-S-216754 | 3 | 0.0043 | ftp | Priv Log |