UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYLER ERDMAN                                     :

        Plaintiff,                       :         <u>ORDER</u>

  -v.-                                              :
                                                             20 Civ. 4162 (LGS) (GWG)
ADAM VICTOR et al.,                           :

        Defendants.                  :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     The defendant's response to Docket # 238 was due yesterday under paragraph 2.A of the Court's Individual Practices. No response has been filed and no extension has been sought. Accordingly, defendant shall file a letter by March 28, 2024, signed by both attorneys explaining why the relief requested should not be granted on default and why some additional sanction should not issue personally against the attorneys or defendant Victor in light of the failure to respond.

     SO ORDERED.

Dated: March 27, 2024
       New York, New York

                                                                  _____
                                                                  GABRIEL W. GORENSTEIN
                                                                  United States Magistrate Judge