# Emilio Rodriguez

| | |
|---|---|
| **From:** | Emilio Rodriguez |
| **Sent:** | Monday, March 25, 2024 10:59 PM |
| **To:** | Tyler Erdman |
| **Cc:** | Alfred Polizzotto |
| **Subject:** | ltr |
| **Attachments:** | ltr from stefan 6-3-21.pdf; RE: Erdman v. Victor-Documents; ltr to erdman 3-25-24.pdf |

Enclosed please find the letter required by the order of the court dated 3-21-24 with two attachments.

Emilio Rodriguez, Esq. POLIZZOTTO & POLIZZOTTO LLC 6911 18th Avenue, Brooklyn, NY 11204 Tel: (718) 232-1250 Fax: (718) 256-0966 Email: erodriguez@polizzotto.com www.polizzotto.com E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.