UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TYLER ERDMAN                                          :

                    Plaintiff,              :          ORDER

     -v.-                                    :
                                                       20 Civ. 4162 (LGS) (GWG)
ADAM VICTOR et al.,                          :

                    Defendants.              :
-------------------------------------------------------------X
**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

        The defendant's recent letter (Docket # 241) fails to respond to the Court's March 27,
2024 Order.  See Order, filed Mar. 27, 2024 (Docket # 240).  In the March 27 Order, the Court
directed defendant to respond to plaintiff's March 21, 2024 letter (Docket # 238).  Rather than
respond to this directive, defendant's recent letter (Docket # 241) addresses a separate Court
order (Docket # 239) that dealt with a different letter from plaintiff (Docket # 236).

        Defendant has now twice failed to respond to plaintiff's March 21, 2024 letter (Docket
#238)  – once by failing to file a letter before March 26, 2024, in violation of paragraph 2.A of
the Court's Individual Practices and again by failing to comply with this Court's March 27, 2024
Order (Docket # 240).

        Nonetheless, the Court will provide one final opportunity to respond.  Defendant shall
file a letter by April 1, 2024, signed by both attorneys:  (1) explaining why the relief requested in
Docket # 238 should not be granted on default and why some additional sanction should not
issue personally against the attorneys or defendant Victor in light of the two separate failures to
respond; and (2) responding to the substance of all issues raised in Docket # 238.

        SO ORDERED.

Dated: March 29, 2024
        New York, New York

                                        _____
                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge