```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TYLER ERDMAN,                                        :

                Plaintiff,                           :    ORDER

        -v.-                                         :    20 Civ. 4162 (LGS) (GWG)

ADAM VICTOR,                                         :

                Defendant.                           :
-------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The Court has reviewed the parties' recent letters. See Letter, filed March 21, 2024 (Docket # 238) ("Pl. Letter"); Letter, filed Apr. 1, 2024 (Docket # 243) ("Def. Letter"). The Court would be aided by the parties filing a jointly composed letter summarizing their position as to each of the document sources below:

1. "Export from Braverman case;"
2. The four hard drives referenced in plaintiff's letter, see Pl. Letter at 3 (referring to "2021-SETEC Hard Drives");
3. Mr. Victor's "P-Drive;"
4. Mr. Victor's personal desktop computer;
5. Mr. Victor's computer located at his "Unit 30C office;"
6. Ms. Khatskevich's computer from when she worked with Mr. Victor.

The jointly composed letter shall have a heading for each of the abovementioned sources. Plaintiff shall succinctly summarize why he believes defendant's search is insufficient and provide this text to defendant by April 4, 2024. Defendant shall insert the text from plaintiff's letter into his own letter and add his responses to each category. The defendant's response shall provide his position as to his search and indicate current counsel's involvement in and knowledge of the search as to each source. The jointly-composed letter shall be filed by defendant on or before April 5, 2024.

The Court further notes that it will not be addressing defendant's motion to compel. See Def. Letter at 5. Any such motion may be presented in a separate letter compliant with paragraph 2.A of the Court's Individual Practices.

SO ORDERED.

Dated: April 3, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge