UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                     :
TYLER ERDMAN
                                                     :
                        Plaintiff,                                      ORDER
                                                     :
              -v.-
                                                     :        20 Civ. 4162 (LGS) (GWG)

ADAM VICTOR                                           :


                        Defendant.                   :
---------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

        A conference to discuss the discovery dispute raised in Docket # 238 will take place on
Friday, April 12, 2024, at 10:30 a.m Courtroom 519, United States Courthouse, 40 Centre Street,
New York, New York.   It is the Court's intention to decide the dispute based on the parties'
letters unless a party files a letter in advance of the conference showing good cause why formal
briefing should be required.

        This is the only matter scheduled for this date and time.  Please be sure to arrive
sufficiently in advance so that the conference may begin on time.

        Each attorney is directed to ensure that all other attorneys are aware of the conference
date and time.  In addition, any requests for an adjournment must be made in compliance with
paragraph 1.F of Judge Gorenstein's Individual Practices (available at:
http://nysd.uscourts.gov/judge/Gorenstein).

        SO ORDERED.

Dated: April 4, 2024
       New York, New York


                                                     _____
                                                     GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge