

**6911 18ᵀᴴ Avenue**
**Brooklyn, New York 11204**
**Telephone (718) 232-1250**
**Fax (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*
_____
EMILIO RODRIGUEZ
_____
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York  11030

**VIA ELECTRONIC FILING**                                                                      April 8, 2024

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

                          Re:     **Request for adjournment of conference dated April 12, 2024**
                                       ***Tyler Erdman v. Adam Victor, et al.*, No. 20 Civ. 4162**

Dear Judge Gorenstein,

      This letter is written as per the requirements contained in Paragraph 1.F of your Individual Practices.  Mr. Polizzotto and I are requesting an adjournment of the conference scheduled for April 12, 2024 at 10:30 a.m. to April 18, 2024 at 10:30 a.m.

      The reasons for which we are requesting the adjournment are as follows.  I already had a trial date of April 12, 2024 in the Queens County Civil Court for a case that was anticipated to settle by that date.  As of late this afternoon, it has been determined that settlement is no longer possible and that we will be proceeding with trial.  This trial date has been marked "final" by the court.  Mr. Polizzotto has a personal engagement that day in the morning, so he is also unavailable.

      The Deputy Clerk of the Court was contacted and was the one who provided us with the date of April 18, 2024.  Mr. Erdman was contacted as to his position and availability.  He indicated he could not consent, claiming I could surely obtain an adjournment for a date that was

marked "final" by the Civil Court of Queens County.  He also stated he did not think Mr. Polizzotto's family matter would be deemed by the Court more important than the conference.

       Therefore, we ask that the Court adjourn the date of the conference due to be held on April 12, 2024 at 10:30 a.m., to April 18, 2024 at 10:30 a.m.  This is due to the fact I have a trial date that was marked "final" in the Civil Court of Queens County for that time, it was thought a settlement would be reached by that date, the parties agreed late this afternoon they had reached an impasse making settlement impossible, and because Mr. Polizzotto has a pressing family engagement he needs to attend.


Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*
Emilio Rodriguez


*Alfred Polizzotto III*
Alfred Polizzotto III