UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYLER ERDMAN                                    :

        Plaintiff,              :    ORDER

  -v.-                                          :
                                                20 Civ. 4162 (LGS)(GWG)
ADAM VICTOR et al.,                           :

        Defendants.           :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The time of the conference on April 18, 2024, is changed to 3:30 p.m. in Courtroom 519.

SO ORDERED.

Dated: April 10, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge