**VIA ELECTRONIC FILING**                                                                  April 10th, 2024

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:     Conference Scheduling**
**Tyler Erdman v. Adam Victor, et al., No. 20 Civ. 4162**

Dear Judge Gorenstein,

    I write to request that the Court's April 18th conference at 3:30 PM be rescheduled for April 17th at 10:30 AM.
    Both Mr. Polizzotto and I have scheduling conflicts on the 18th. I conferred with Mr. Rodriguez who confirmed that both attorneys would be available on the 17th. They consent to this application.

                                                      Respectfully submitted,

                                                      /s/Tyler Erdman
                                                      Plaintiff Pro Se
                                                      917-301-0401
                                                      Tyler@Erdman.it