**VIA ELECTRONIC FILING**                                April 10th, 2024

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse                    MEMORANDUM ENDORSED
500 Pearl Street
New York, NY 10007

<u>**Re:    Conference Scheduling**</u><br>
**Tyler Erdman v. Adam Victor, et al., No. 20 Civ. 4162**

Dear Judge Gorenstein,

    I write to request that the Court's April 18th conference at 3:30 PM be rescheduled for April 17th at 10:30 AM.
    Both Mr. Polizzotto and I have scheduling conflicts on the 18th. I conferred with Mr. Rodriguez who confirmed that both attorneys would be available on the 17th. They consent to this application.

                                                              Respectfully submitted,

                                                              <u>/s/Tyler Erdman</u>
                                                              Plaintiff Pro Se
                                                              917-301-0401
                                                              Tyler@Erdman.it

Granted. The conference date and time are changed to Wednesday, April 17, 2024, at 10:30 a.m.

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
April 10, 2024