**VIA ELECTRONIC FILING**                                                              April 10th, 2024

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:     Defendant's April 9th Letter**
**Tyler Erdman v. Adam Victor, et al., No. 20 Civ. 4162**

Dear Judge Gorenstein,

      I write in response to Defendant's April 9th, 2024 letter. Mr. Polizzotto notably does not refute Plaintiff's claims about his misconduct nor how it would create a conflict between him and his client. Beyond claiming that they would have "no bearing on any discovery", he does not offer a single word to respond to Plaintiff's argument as to how that has already occurred.

      Defendant instead tries to deflect by discussing a motion he has hasn't made while accusing Platinff of "misrepresenting what transpired". Plaintiff is aware that the Court's individual practices discourage the inclusion of communications between parties, however Defendant has made issue of them. As such Platinff wishes to provide the Court with the parties' email exchange so that it has the full record available.

      The email exchange referenced is attached as Exhibit A.

                                                                                     Respectfully submitted,

                                                                                   /s/Tyler Erdman
                                                                                   Plaintiff Pro Se
                                                                                   917-301-0401
                                                                                   Tyler@Erdman.it