## tyler@Erdman.it

| | |
|---|---|
| **From:** | Alfred Polizzotto <aljr@polizzotto.com> |
| **Sent:** | Sunday, April 7, 2024 4:56 PM |
| **To:** | Tyler Erdman |
| **Cc:** | Emilio Rodriguez |
| **Subject:** | RE: Erdman v. Victor-Request for Conference re: Fraud allegations |

Tyler, I am not pleading the fifth as you phrased it.  Your questions/comments have no bearing on any issue in this action, not calculated to lead to or provide any discovery nor are relevant in any other manner to the litigation.  As such, I am not responding to you or your comments/questions.  You may certainly take whatever steps you feel are appropriate.

Alfred Polizzotto, III, Esq., CFP ®
Polizzotto & Polizzotto, LLC
6911 18th Avenue
Brooklyn, New York 11204-5049
Tel: (718) 232-1250
Fax: (718) 256-0966
E-mail: ap3@polizzotto.com
Web:
https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.polizzotto.com%2F&data=05%7C02%7C%7C17599c342f194d86b25508dc5745199d%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C638481201504235092%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=V%2BITi50KEGD6aw1INKLHGhCLSVy%2B2K0WQGUKTPMo%2Bkw%3D&reserved=0
Facebook:  https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.facebook.com%2Fpolizzottolaw&data=05%7C02%7C%7C17599c342f194d86b25508dc5745199d%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C638481201504242539%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=ct5%2Fw9oZynlUeOl1XGemulkuUIq0iZa7UyMFOrY4MmQ%3D&reserved=0
Twitter: @polizzottolaw

THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY RETURN EMAIL OR TELEPHONE AT 718-232-1250

Pursuant to IRS Regulations, any tax advice contained in this communication or attachments is not intended to be used and cannot be used for purposes of avoiding penalties imposed by the Internal Revenue Code or promoting, marketing or recommending to another person any tax related matter.


WARNING!WIRE FRAUD ADVISORY
Wire fraud and email hacking/phishing attacks are on the rise!
• If you receive an email containing Wire Transfer Instructions, DO NOT RESPOND TO THE EMAIL!
• Call your our offices immediately, using previously known phone number and NOT a number provided in the email, to verify the info prior to sending funds.

• Polizzotto & Polizzotto, LLC does not alter wiring instructions.
• If you receive new wiring instructions, please notify me immediately.

WE WILL NEVER CHANGE WIRING INSTRUCTIONS ONCE PROVIDED. DISREGARD ANY EMAILS ATTEMPTING TO CHANGE THE WIRING INSTRUCTIONS TO SEND MONIES TO ANOTHER ACCOUNT

Electronic Signatures and Records Act
No enforceable agreement will be created in this email by this Office or on behalf of a Client until all material terms have been agreed to and a formal written agreement is prepared and executed by the parties. Until such time this email should not be taken by the recipient thereof to be considered to be legally binding until a physically executed contract is completed.

-----Original Message-----
From: Tyler Erdman <tyler@Erdman.it>
Sent: Sunday, April 7, 2024 4:37 PM
To: Alfred Polizzotto <aljr@polizzotto.com>
Cc: Emilio Rodriguez <erodriguez@polizzotto.com>
Subject: Re: Erdman v. Victor-Request for Conference re: Fraud allegations

Alfred,

Pleading the fifth is in violation of the Courts 2(A) rules.

Regards,

Tyler

Sent from my iPad

> On Apr 7, 2024, at 12:09 PM, Alfred Polizzotto <aljr@polizzotto.com> wrote:
>
> Tyler, despite your claims regarding the allegations, I have no intention if discussing that case or the claims made therein with you as they no bearing on anything in the Federal action.
>
> Be guided accordingly
>
> Alfred Polizzotto, III, Esq., CFP ®
> Polizzotto & Polizzotto, LLC
> 6911 18th Avenue
> Brooklyn, New York 11204-5049
> Tel: (718) 232-1250
> Fax: (718) 256-0966
> E-mail: ap3@polizzotto.com
> Web: https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.polizzotto.com%2F&data=05%7C02%7C%7C17599c342f194d86b25508dc5745199d%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C638481201504245658%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=SKp%2F1WWw8HkrbbOZEJlbEVLFx94oPcwKScxPlWk1mkc%3D&reserved=0
> Facebook: https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.facebook.com%2Fpolizzottolaw&data=05%7C02%7C%7C17599c342f194d86b25508dc5745199d%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C638481201

504248452%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=YLAnpHyWVliBvw%2FKrAR2EEKVGItASwtlxj2sD5UOgdw%3D&reserved=0
> Twitter: @polizzottolaw
>
>
>
> THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY RETURN EMAIL OR TELEPHONE AT 718-232-1250
>
> Pursuant to IRS Regulations, any tax advice contained in this communication or attachments is not intended to be used and cannot be used for purposes of avoiding penalties imposed by the Internal Revenue Code or promoting, marketing or recommending to another person any tax related matter.
>
>
> WARNING!WIRE FRAUD ADVISORY
> Wire fraud and email hacking/phishing attacks are on the rise!
> • If you receive an email containing Wire Transfer Instructions, DO NOT RESPOND TO THE EMAIL!
> • Call your our offices immediately, using previously known phone number and NOT a number provided in the email, to verify the info prior to sending funds.
> • Polizzotto & Polizzotto, LLC does not alter wiring instructions.
> • If you receive new wiring instructions, please notify me immediately.
>
> WE WILL NEVER CHANGE WIRING INSTRUCTIONS ONCE PROVIDED. DISREGARD ANY EMAILS ATTEMPTING TO CHANGE THE WIRING INSTRUCTIONS TO SEND MONIES TO ANOTHER ACCOUNT
>
> Electronic Signatures and Records Act
> No enforceable agreement will be created in this email by this Office or on behalf of a Client until all material terms have been agreed to and a formal written agreement is prepared and executed by the parties. Until such time this email should not be taken by the recipient thereof to be considered to be legally binding until a physically executed contract is completed.
>
> -----Original Message-----
> From: Tyler Erdman <tyler@erdman.it>
> Sent: Sunday, April 7, 2024 8:30 AM
> To: Alfred Polizzotto <aljr@polizzotto.com>
> Cc: Emilio Rodriguez <erodriguez@polizzotto.com>
> Subject: Erdman v. Victor-Request for Conference re: Fraud allegations
>
> Alfred,
>
> I reviewed the docket in the Empire Agricultural lawsuit, specifically Dkt. 65 that describes how you were the recipient of $100,000 of the $1.5 million of allegedly misappropriated funds.
>
> It would seem probable that you may become a witnesses or co-defendant in that action. Given the allegation of your misrepresentation regarding the status of those funds to the investor, I would anticipate the latter.
>
> That conflict coupled with your ethical lapses and non-compliance in Federal Court make your continued appearance untenable.

\>

\> I plan on making an application to the Court suggesting that it evaluate this new information as it decides on it's third sanction order. Please let me know what time you are available to discuss this on Monday.

\>

\> Regards,

\>

\> Tyler

\>

\>

\>