**VIA ELECTRONIC FILING**   April 24, 2024

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    Request for extension for more definitive statement
             *Tyler Erdman v. Adam Victor, et al.*, No. 20 Civ. 4162

Dear Judge Gorenstein:

     I write to request an extension of time to provide the more definitive statement ordered by the Court at the April 17th Conference.

     Plaintiff requests that that the deadline be extended from April 24th to May 1st so that he can more succinctly respond to the Court's order.

     There have been no prior requests for extension relating to the more definitive statement.

     Defendant has no objection to this request.

                                                          Respectfully submitted,

                                                                /s/Tyler Erdman
                                                               Plaintiff Pro Se
                                                               917-301-0401
                                                               Tyler@Erdman.it