**TRANSPERFECT DIGITAL FORENSICS**

| Client Data | | | Custodian | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Provider | Type | Last | First | Evidence Number | File Count | Size | Tech | Collection Type | Media Recived | Date |
| Schlam Stone | Hard Drive | | | TDM-S-121319 | 118,478 | 109 | | | hard drive | 2/24/2019 |
| Schlam Stone | Flash Drive | | | TDM-S-121320 | 4,611 | 18.7 | | | flash drive | 2/24/2019 |
| Schlam Stone | Hard Drive | | | TDM-S-121319 | 3,143 | 14.49 | | | Hard drive | 2/24/2019 |
| Polizzotto | FTP | | | TDM-S-216599 | 203 | 0.0756 | | | ftp | 1/5/2024 |
| Polizzotto | FTP | | | TDM-S-216754 | 3 | 0.0043 | | | ftp | 1/9/2024 |
| Schlam Stone | Export from Braverman case | | | TDM-D-215006 | 35,769 | 9.8703 | | | DR export | 4/22/2020 |
| Schlam Stone | Export from Braverman case | | | TDM-D-222814 | 1,962 | 0.44 | | | DR export | 7/30/2020 |
| TLS Forensics | Hard Drive | | | TDM-D-253911 | 38 | 0.0272 | | | TLS network | 7/9/2021 |
| TLS Forensics | Hard drive | | | TDM-D-253900 | 54,466 | 2.4889 | | | TLS network | 7/9/2021 |
| TLS Forensics | Hard drive | | | TDM-D-253884 | 145,999 | 21.9255 | | | TLS network | 7/9/2021 |
| Polizzotto | email | | | TDM-S-176527 | 5 | 0.008 | | | email | 12/22/2022 |
| Polizzotto | FTP | | | TDM-S-199914 | 8 | 0.0012 | | | FTP | 3/27/2023 |