# FedEx US Airbill

**FedEx Tracking Number:** 8161 2965 5830

## 1. From
- **Date:** 12/15/21
- **Sender's Name:**
- **Company:** POLIZZOTTO & POLIZZOTTO
- **Address:** 6911 18TH AVE
- **City:** BROOKLYN **State:** NY **ZIP:** 11204-5049

## 2. Your Internal Billing Reference
OPTIONAL

## 3. To
- **Recipient's Name:** Dare Bibben
- **Company:** Transperfect
- **Address:** 216 East 45th Street 6th Floor
- **City:** New York **State:** N.Y. **ZIP:** 10017

## 4. Express Package Service
Form ID No. 0215

### Next Business Day
- ☐ FedEx First Overnight
- ☐ FedEx Priority Overnight
- ☐ FedEx Standard Overnight

### 2 or 3 Business Days
- ☐ FedEx 2Day A.M.
- ☑ FedEx 2Day
- ☐ FedEx Express Saver

## 5. Packaging
- ☐ FedEx Envelope*
- ☐ FedEx Pak*
- ☑ FedEx Box
- ☐ FedEx Tube
- ☐ Other

## 6. Special Handling and Delivery Signature Options
- ☐ Saturday Delivery
- ☐ No Signature Required
- ☑ Direct Signature
- ☐ Indirect Signature

Does this shipment contain dangerous goods? One box must be checked.
- ☑ No
- ☐ Yes As per attached Shipper's Declaration
- ☐ Yes Shipper's Declaration not required
- ☐ Dry Ice, Dry Ice, 9, UN 1845 ___ x ___ kg
- ☐ Cargo Aircraft Only

## 7. Payment Bill to:
☑ Sender Acct. No. in Section 1 will be billed.
- ☐ Recipient
- ☐ Third Party
- ☐ Credit Card
- ☐ Cash/Check

**Total Packages** | **Total Weight** ___ lbs. | **Total Declared Value** $ ___ .00

0136279910

# SETEC INVESTIGATIONS

June 3, 2021

Emilio Rodriguez, Esq.
Polizzotto & Polizzotto LLC
6911 18th Avenue
Brooklyn, NY 11204

Re: <u>Adam Victor</u>

Dear Mr. Rodriguez,

Enclosed within please find the return of the devices concerning the above referenced matter.

Sincerely,

Todd Stefan

Corporate Headquarters
8391 Beverly Blvd. #167, Los Angeles, CA 90048
Tel 323.939.5598    Toll-Free 800.748.5440    Fax 323.939.5481
www.SetecInvestigations.com