

**6911 18ᵀᴴ Aᴠᴇɴᴜᴇ
Bʀᴏᴏᴋʟʏɴ, Nᴇᴡ Yᴏʀᴋ 11204
Tᴇʟᴇᴘʜᴏɴᴇ (718) 232-1250
Fᴀx (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*
_____

EMILIO RODRIGUEZ
_____

*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York  11030

<u>**VIA ELECTRONIC TRANSMISSION**</u>                         **April 19, 2024**
Tyler Erdman

>              **Re:    Update on progress of discovery**
>              <u>*Tyler Erdman v. Adam Victor, et al.*</u>, No. 20 Civ. 4162

Dear Tyler,

        This letter is written in accordance with the Order of the Court dated January 25, 2024, in which we have been instructed to discuss all efforts currently underway to respond to discovery requests and referencing any applicable deadlines.

        We attended a conference at the court on Wednesday, April 17, 2024, from which various directives were issued.  First, you were directed to respond to our post-EBT demands within two weeks, namely May 1, 2024.  Second, Al and I were directed to submit, also by May 1, 2024, an affidavit describing our efforts to provide discovery, as well as discuss all the sources from which discovery was produced.

        We were also directed to confer for the purpose of agreeing on a possible timetable for the document production.  A conference was held today between the three of us, and we scheduled another call on Monday at 5:30 to continue our discussion.

        The deadline for discovery has passed since the court conference was held.  The letter to Judge Schofield as required by Paragraph 13.b of Docket #77 is be filed by April 25, 2024.  It is likely the court will extend both deadlines as a result of what was discussed on Wednesday, but we have not been told of an extension quite just yet.

*PLEASE RESPOND TO BROOKLYN OFFICE*

Do not hesitate to contact us with any questions or comments.

Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*
Emilio Rodriguez

*Alfred Polizzotto III*
Alfred Polizzotto III



**THE LAW OFFICES OF
POLIZZOTTO & POLIZZOTTO, LLC**

**6911 18TH AVENUE
BROOKLYN, NEW YORK 11204
TELEPHONE (718) 232-1250
FAX (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*
_____
EMILIO RODRIGUEZ
_____
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York 11030

<u>**VIA ELECTRONIC TRANSMISSION**</u>                    **April 26, 2024**
Tyler Erdman

> Re:    Update on progress of discovery
> <u>*Tyler Erdman v. Adam Victor, et al.*</u>, No. 20 Civ. 4162

Dear Tyler,

This letter is written in accordance with the Order of the Court dated January 25, 2024, in which we have been instructed to discuss all efforts currently underway to respond to discovery requests and referencing any applicable deadlines.

We attended a conference at the court on Wednesday, April 17, 2024, from which various directives were issued. First, you were directed to respond to our post-EBT demands within two weeks, namely May 1, 2024. Second, Al and I were directed to submit, also by May 1, 2024, an affidavit describing our efforts to provide discovery, as well as discuss all the sources from which discovery was produced. These items shall be submitted next week.

The deadline for discovery has passed since the court conference was held. The letter to Judge Schofield as required by Paragraph 13.b of Docket #77 was be filed by April 25, 2024. It is likely the court will extend both deadlines, but to this point we have not been told of an extension.

Do not hesitate to contact us with any questions or comments.

*PLEASE RESPOND TO BROOKLYN OFFICE*

Yours faithfully
**Polizzotto & Polizzotto, LLC**

Emilio Rodriguez

Alfred Polizzotto III



### THE LAW OFFICES OF POLIZZOTTO & POLIZZOTTO, LLC

**6911 18ᵀᴴ Avenue
Brooklyn, New York 11204
Telephone (718) 232-1250
Fax (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*
_____
EMILIO RODRIGUEZ
_____
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York  11030

**<u>VIA ELECTRONIC TRANSMISSION</u>**                                   **May 3, 2024**
Tyler Erdman

**Re:     Update on progress of discovery
<u>*Tyler Erdman v. Adam Victor, et al.*</u>, No. 20 Civ. 4162**

Dear Tyler,

     This letter is written in accordance with the Order of the Court dated January 25, 2024, in which we have been instructed to discuss all efforts currently underway to respond to discovery requests and referencing any applicable deadlines.

     There was talk between the parties about organizing a phone conference to discuss some outstanding issues, namely responses to our post-EBT demands and interrogatories, our lack of access to your document production, a date range for produced documents, and a possible agreement on the issue of malice.  We could not agree on a time for the conference this week, but it is expected we will be able to talk by Wednesday of next week.

     The deadline for discovery has passed since the court conference held on April 17, 2024. The letter to Judge Schofield as required by Paragraph 13.b of Docket #77 was to be filed by April 25, 2024.  It is likely the court will extend both deadlines, but to this point we have not been told of an extension.

     Do not hesitate to contact us with any questions or comments.

*PLEASE RESPOND TO BROOKLYN OFFICE*

Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*
Emilio Rodriguez

*Alfred Polizzotto III*
Alfred Polizzotto III



**THE LAW OFFICES OF POLIZZOTTO & POLIZZOTTO, LLC**

**6911 18ᵀᴴ Avenue**
**Brooklyn, New York 11204**
**Telephone (718) 232-1250**
**Fax (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*
_____
EMILIO RODRIGUEZ
_____
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York  11030

**VIA ELECTRONIC TRANSMISSION**                    May 10, 2024
Tyler Erdman

**Re:    Update on progress of discovery**
       _**Tyler Erdman v. Adam Victor, et al.**_, No. 20 Civ. 4162

Dear Tyler,

        This letter is written in accordance with the Order of the Court dated January 25, 2024, in which we have been instructed to discuss all efforts currently underway to respond to discovery requests and referencing any applicable deadlines.

        There was talk between the parties about organizing a phone conference to discuss some outstanding issues, namely responses to our post-EBT demands and interrogatories, our lack of access to your document production, a date range for produced documents, and a possible agreement on the issue of malice.  We could not agree on a time for the conference this week, but it is expected we will be able to talk sometime next week.

        The deadline for discovery has been extended from April 18, 2024 to July 18, 2024.  The letter to Judge Schofield as required by Paragraph 13.b of Docket #77 was to be filed by April 25, 2024, and is now due July 25, 2024.

        Do not hesitate to contact us with any questions or comments.

_PLEASE RESPOND TO BROOKLYN OFFICE_

Yours faithfully
**Polizzotto & Polizzotto, LLC**

Emilio Rodriguez

Alfred Polizzotto III



### THE LAW OFFICES OF
## POLIZZOTTO & POLIZZOTTO, LLC

**6911 18TH AVENUE**
**BROOKLYN, NEW YORK 11204**
**TELEPHONE (718) 232-1250**
**FAX (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*
_____
EMILIO RODRIGUEZ
_____
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York  11030

**VIA ELECTRONIC TRANSMISSION**                         **May 17, 2024**
Tyler Erdman

     **Re:** **Update on progress of discovery**
      _**Tyler Erdman v. Adam Victor, et al.**_**, No. 20 Civ. 4162**

Dear Tyler,

   This letter is written in accordance with the Order of the Court dated January 25, 2024, in which we have been instructed to discuss all efforts currently underway to respond to discovery requests and referencing any applicable deadlines.

   There was talk between the parties about organizing a phone conference to discuss some outstanding issues, namely responses to our post-EBT demands and interrogatories, our lack of access to your document production, a date range for produced documents, and a possible agreement on the issue of malice.  We could not agree on a time for the conference this week, but it is expected we will be able to talk sometime next week.

   The deadline for discovery has been extended from April 18, 2024 to July 18, 2024.  The letter to Judge Schofield as required by Paragraph 13.b of Docket #77 was to be filed by April 25, 2024, and is now due July 25, 2024.

   Do not hesitate to contact us with any questions or comments.

_PLEASE RESPOND TO BROOKLYN OFFICE_

Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*
Emilio Rodriguez

*Alfred Polizzotto III*
Alfred Polizzotto III



**THE LAW OFFICES OF POLIZZOTTO & POLIZZOTTO, LLC**

**6911 18ᵀᴴ AVENUE**
**BROOKLYN, NEW YORK 11204**
**TELEPHONE (718) 232-1250**
**FAX (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*
_____
EMILIO RODRIGUEZ
_____
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York 11030

**VIA ELECTRONIC TRANSMISSION**                                   May 24, 2024
Tyler Erdman

     **Re:** **Update on progress of discovery**
      _**Tyler Erdman v. Adam Victor, et al.**_**, No. 20 Civ. 4162**

Dear Tyler,

   This letter is written in accordance with the Order of the Court dated January 25, 2024, in which we have been instructed to discuss all efforts currently underway to respond to discovery requests and referencing any applicable deadlines.

   There was talk between the parties about organizing a phone conference to discuss some outstanding issues, namely responses to our post-EBT demands and interrogatories, our lack of access to your document production, a date range for produced documents, and a possible agreement on the issue of malice. We could not agree on a time for the conference this week, but it is expected we will be able to talk sometime next week.

   The deadline for discovery has been extended from April 18, 2024 to July 18, 2024. The letter to Judge Schofield as required by Paragraph 13.b of Docket #77 was to be filed by April 25, 2024, and is now due July 25, 2024.

   Do not hesitate to contact us with any questions or comments.

*PLEASE RESPOND TO BROOKLYN OFFICE*

Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*
Emilio Rodriguez

*Alfred Polizzotto III*
Alfred Polizzotto III



**THE LAW OFFICES OF**
**POLIZZOTTO & POLIZZOTTO, LLC**

**6911 18ᵀᴴ Avenue**
**Brooklyn, New York 11204**
**Telephone (718) 232-1250**
**Fax (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*
_____
EMILIO RODRIGUEZ
_____
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York  11030

**VIA ELECTRONIC TRANSMISSION**                                May 31, 2024
Tyler Erdman

Re:    Update on progress of discovery
_Tyler Erdman v. Adam Victor, et al._, No. 20 Civ. 4162

Dear Tyler,

This letter is written in accordance with the Order of the Court dated January 25, 2024, in which we have been instructed to discuss all efforts currently underway to respond to discovery requests and referencing any applicable deadlines.

There was talk between the parties about organizing a phone conference to discuss some outstanding issues, namely responses to our post-EBT demands and interrogatories, our lack of access to your document production, a date range for produced documents, and a possible agreement on the issue of malice.  We could not agree on a time for the conference this week, but it is expected we will be able to talk sometime next week.

The deadline for discovery has been extended from April 18, 2024 to July 18, 2024.  The letter to Judge Schofield as required by Paragraph 13.b of Docket #77 was to be filed by April 25, 2024, and is now due July 25, 2024.

Do not hesitate to contact us with any questions or comments.

*PLEASE RESPOND TO BROOKLYN OFFICE*

Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*
Emilio Rodriguez

*Alfred Polizzotto III*
Alfred Polizzotto III



**THE LAW OFFICES OF**
# POLIZZOTTO & POLIZZOTTO, LLC

**6911 18TH AVENUE**
**BROOKLYN, NEW YORK 11204**
**TELEPHONE (718) 232-1250**
**FAX (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*
_____
EMILIO RODRIGUEZ
_____
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York  11030

**VIA ELECTRONIC TRANSMISSION**                                    June 7, 2024
Tyler Erdman

Re:    Update on progress of discovery
       _Tyler Erdman v. Adam Victor, et al._, No. 20 Civ. 4162

Dear Tyler,


This letter is written in accordance with the Order of the Court dated January 25, 2024, in which we have been instructed to discuss all efforts currently underway to respond to discovery requests and referencing any applicable deadlines.


On Wednesday, after some effort, we conducted a phone conference where we discussed issues arising from the conference in April, as well as the Affidavit we submitted to the court on May 1 as a result.  You informed us the documents requested in our post-EBT demands would be provided shortly.  There was also a discussion of the precise identification of sources you felt were never searched during our document production.  You identified some possible sources and were informed we would investigate and provide an appropriate response.


The deadline for discovery has been extended from April 18, 2024 to July 18, 2024.  The letter to Judge Schofield as required by Paragraph 13.b of Docket #77 was to be filed by April 25, 2024, and is now due July 25, 2024.


Do not hesitate to contact us with any questions or comments.


_PLEASE RESPOND TO BROOKLYN OFFICE_

Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*

Emilio Rodriguez

*Alfred Polizzotto III*

Alfred Polizzotto III



THE LAW OFFICES OF
**POLIZZOTTO & POLIZZOTTO,LLC**

**6911 18ᵀᴴ Avenue
Brooklyn, New York 11204
Telephone (718) 232-1250
Fax (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*
_____
EMILIO RODRIGUEZ
_____
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York  11030

**<u>VIA ELECTRONIC TRANSMISSION</u>**                                          **June 14, 2024**
Tyler Erdman

**Re:    Update on progress of discovery**
        <u>*Tyler Erdman v. Adam Victor, et al.*, No. 20 Civ. 4162</u>

Dear Tyler,

        This letter is written in accordance with the Order of the Court dated January 25, 2024, in which we have been instructed to discuss all efforts currently underway to respond to discovery requests and referencing any applicable deadlines.

        On June 5, 2024, after some effort, we conducted a phone conference where we discussed issues arising from the conference in April, as well as the Affidavit we submitted to the court on May 1 as a result.  You informed us the documents requested in our post-EBT demands would be provided shortly.  There was also a discussion of the precise identification of sources you felt were never searched during our document production.  You identified some possible sources and were informed we would investigate and provide an appropriate response.  Despite our best efforts, however, we were unable to meet this week to continue our discussion.  We have tentatively set next Tuesday as the day to conduct our next conference call.

        The deadline for discovery has been extended from April 18, 2024 to July 18, 2024.  The letter to Judge Schofield as required by Paragraph 13.b of Docket #77 was to be filed by April 25, 2024, and is now due July 25, 2024.

        Do not hesitate to contact us with any questions or comments.
                                *PLEASE RESPOND TO BROOKLYN OFFICE*

Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*
Emilio Rodriguez

*Alfred Polizzotto III*
Alfred Polizzotto III



**THE LAW OFFICES OF**
**POLIZZOTTO &**
**POLIZZOTTO, LLC**

**6911 18ᵀᴴ Avenue**
**Brooklyn, New York 11204**
**Telephone (718) 232-1250**
**Fax (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*
_____
EMILIO RODRIGUEZ
_____
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York 11030

**VIA ELECTRONIC TRANSMISSION**                    June 21, 2024
Tyler Erdman

Re:    Update on progress of discovery
       _Tyler Erdman v. Adam Victor, et al._, No. 20 Civ. 4162

Dear Tyler,

    This letter is written in accordance with the Order of the Court dated January 25, 2024, in which we have been instructed to discuss all efforts currently underway to respond to discovery requests and referencing any applicable deadlines.

    On Tuesday June 18, we were able to conduct a productive phone conference during which it was agreed you would put together a list of questions to submit to Setec with the expectation they would be able to illuminate certain aspects of the document production. Upon reviewing their answers it would be determined whether further inquiries will be necessary.

    We still have not received the documents in response to our post-EBT demands. You informed us they would be provided in the next couple of days.

    The deadline for discovery has been extended from April 18, 2024 to July 18, 2024. The letter to Judge Schofield as required by Paragraph 13.b of Docket #77 was to be filed by April 25, 2024, and is now due July 25, 2024.

    Do not hesitate to contact us with any questions or comments.

                    _PLEASE RESPOND TO BROOKLYN OFFICE_

Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*

Emilio Rodriguez

*Alfred Polizzotto III*

Alfred Polizzotto III



**THE LAW OFFICES OF POLIZZOTTO & POLIZZOTTO, LLC**

**6911 18TH AVENUE**
**BROOKLYN, NEW YORK 11204**
**TELEPHONE (718) 232-1250**
**FAX (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*
_____
EMILIO RODRIGUEZ
_____
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York  11030

**VIA ELECTRONIC TRANSMISSION**                    **June 28, 2024**
Tyler Erdman

          **Re:**    **Update on progress of discovery**
                ***Tyler Erdman v. Adam Victor, et al.*, No. 20 Civ. 4162**

Dear Tyler,

       This letter is written in accordance with the Order of the Court dated January 25, 2024, in which we have been instructed to discuss all efforts currently underway to respond to discovery requests and referencing any applicable deadlines.

       On Tuesday June 18, we were able to conduct a productive phone conference during which it was agreed you would put together a list of questions to submit to Setec with the expectation they would be able to illuminate certain aspects of the document production.  Upon reviewing their answers, it would be determined whether further inquiries will be necessary.  We await your submission.

       We still have not received the documents in response to our post-EBT demands.  You informed us they would be provided in the next couple of days.

       The deadline for discovery has been extended from April 18, 2024 to July 18, 2024.  The letter to Judge Schofield as required by Paragraph 13.b of Docket #77 was to be filed by April 25, 2024, and is now due July 25, 2024.

*PLEASE RESPOND TO BROOKLYN OFFICE*

Do not hesitate to contact us with any questions or comments.


Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*
Emilio Rodriguez

*Alfred Polizzotto*
Alfred Polizzotto III



**THE LAW OFFICES OF**
**POLIZZOTTO & POLIZZOTTO, LLC**

**6911 18TH AVENUE**
**BROOKLYN, NEW YORK 11204**
**TELEPHONE (718) 232-1250**
**FAX (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*
_____
EMILIO RODRIGUEZ
_____
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York  11030

**VIA ELECTRONIC TRANSMISSION**                                    **July 5, 2024**
Tyler Erdman

              **Re:**     **Update on progress of discovery**
                    **_Tyler Erdman v. Adam Victor, et al._, No. 20 Civ. 4162**

Dear Tyler,

     This letter is written in accordance with the Order of the Court dated January 25, 2024, in which we have been instructed to discuss all efforts currently underway to respond to discovery requests and referencing any applicable deadlines.

     On Tuesday June 18, we were able to conduct a productive phone conference during which it was agreed you would put together a list of questions to submit to Setec with the expectation they would be able to illuminate certain aspects of the document production.  Upon reviewing their answers, it would be determined whether further inquiries will be necessary.  We await your submission.

     We still have not received the documents in response to our post-EBT demands.  You informed us they would be provided in the next couple of days.

     The deadline for discovery has been extended from April 18, 2024 to July 18, 2024.  The letter to Judge Schofield as required by Paragraph 13.b of Docket #77 was to be filed by April 25, 2024, and is now due July 25, 2024.

*PLEASE RESPOND TO BROOKLYN OFFICE*

Do not hesitate to contact us with any questions or comments.


Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*
Emilio Rodriguez

*Alfred Polizzotto III*
Alfred Polizzotto III



**THE LAW OFFICES OF**
# POLIZZOTTO & POLIZZOTTO, LLC

**6911 18ᵀᴴ AVENUE**
**BROOKLYN, NEW YORK 11204**
**TELEPHONE (718) 232-1250**
**FAX (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*
_____
EMILIO RODRIGUEZ
_____
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York  11030

**VIA ELECTRONIC TRANSMISSION**                                    **July 12, 2024**
Tyler Erdman

**Re:    Update on progress of discovery**
***Tyler Erdman v. Adam Victor, et al.*, No. 20 Civ. 4162**

Dear Tyler,

     This letter is written in accordance with the Order of the Court dated January 25, 2024, in which we have been instructed to discuss all efforts currently underway to respond to discovery requests and referencing any applicable deadlines.

     On Tuesday June 18, we were able to conduct a productive phone conference during which it was agreed you would put together a list of questions to submit to Setec with the expectation they would be able to illuminate certain aspects of the document production.  Upon reviewing their answers, it would be determined whether further inquiries will be necessary.  We await your submission.

     We still have not received the documents in response to our post-EBT demands.  You informed us they would be provided in the next couple of days.

     The deadline for discovery has been extended from April 18, 2024 to July 18, 2024.  The letter to Judge Schofield as required by Paragraph 13.b of Docket #77 was to be filed by April 25, 2024, and is now due July 25, 2024.

*PLEASE RESPOND TO BROOKLYN OFFICE*

Do not hesitate to contact us with any questions or comments.


Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*
Emilio Rodriguez

*Alfred Polizzotto III*
Alfred Polizzotto III