

**6911 18TH AVENUE**
**BROOKLYN, NEW YORK 11204**
**TELEPHONE (718) 232-1250**
**FAX (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*
_____
EMILIO RODRIGUEZ
_____
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York  11030

<u>**VIA ELECTRONIC FILING**</u>                                                                July 18, 2024

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

          **Re:**    Consent to adjourn response to Pltff letter dated July 17, 2024
                  <u>*Tyler Erdman v. Adam Victor, et al.*</u>, **No. 20 Civ. 4162**

Dear Judge Gorenstein,

      This letter is written in accordance with Rule 2A of Your Honor's Individual Practices. The parties have conferred and Plaintiff consents to adjourning our response to his letter dated July 17, 2024, in which he requests sanctions against the Defendant.  The new date for our response is July 24, 2024.


Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*
_____
Emilio Rodriguez

*PLEASE RESPOND TO BROOKLYN OFFICE*

_Alfred Polizzotto III_
Alfred Polizzotto III