

**6911 18ᵀᴴ Avenue**
**Brooklyn, New York 11204**
**Telephone (718) 232-1250**
**Fax (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*
_____                                               LONG ISLAND OFFICE
EMILIO RODRIGUEZ                                                               1129 Northern Boulevard, Ste 404
_____                                               Manhasset, New York  11030
*(ADMITTED NEW YORK, NEW JERSEY)

**VIA ELECTRONIC FILING**                                        July 24, 2024

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

                      Re:    Consent to adjourn response to Pltff letter dated July 17, 2024
                               *Tyler Erdman v. Adam Victor, et al.*, No. 20 Civ. 4162

Dear Judge Gorenstein,

       This letter is written in accordance with Rule 2A of Your Honor's Individual Practices. The parties have conferred and Plaintiff consents to adjourning our response to his letter dated July 17, 2024, in which he requests sanctions against the Defendant.  We had to request the additional time due to various depositions and hearings Mr. Polizzotto and I have had to prepare for, some of which are upcoming.  Our previous letter incorrectly stated the new date was August 7, 2024.  The new date for our response is July 31, 2024.

Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*
_____
Emilio Rodriguez


*Alfred Polizzotto III*
_____
Alfred Polizzotto III

                                 *PLEASE RESPOND TO BROOKLYN OFFICE*