# FedEx US Airbill

**FedEx Tracking Number:** 8161 2965 5830

## 1 From
- **Date:** 12/13/21
- **Sender's Name:** (blank)
- **Sender's FedEx Account Number:** SENDER'S FEDEX ACCOUNT NUMBER ONLY
- **Company:** POLIZZOTTO & POLIZZOTTO
- **Phone:** ( )
- **Address:** 6911 18TH AVE
- **City:** BROOKLYN  **State:** NY  **ZIP:** 11204-5049

## 2 Your Internal Billing Reference
OPTIONAL (First 24 characters will appear on invoice.)

## 3 To
- **Recipient's Name:** Dara Bibben
- **Phone:** ( )
- **Company:** IonsPerfect
- **Address:** 216 East 45th Street 6th Floor
- Dept./Floor/Suite/Room
- **City:** New York  **State:** N.Y.  **ZIP:** 10017

## 4 Express Package Service
Form ID No. **0215**

- ☐ FedEx First Overnight
- ☐ FedEx Priority Overnight
- ☐ FedEx Standard Overnight
- ☑ FedEx 2Day
- ☐ FedEx Express Saver

## 5 Packaging
- ☐ FedEx Envelope*
- ☐ FedEx Pak*
- ☑ FedEx Box
- ☐ FedEx Tube
- ☐ Other

## 6 Special Handling and Delivery Signature Options
- ☐ Saturday Delivery
- ☐ No Signature Required
- ☑ Direct Signature
- ☐ Indirect Signature

**Does this shipment contain dangerous goods?**
- ☑ No
- ☐ Yes As per attached Shipper's Declaration
- ☐ Yes Shipper's Declaration not required.
- ☐ Dry Ice, 9, UN 1845 ___ x ___ kg
- ☐ Cargo Aircraft Only

## 7 Payment Bill to:
- ☑ Sender Acct. No. in Section 1 will be billed.
- ☐ Recipient
- ☐ Third Party
- ☐ Credit Card
- ☐ Cash/Check

FedEx Acct. No. _____
Total Packages ___  Total Weight ___ lbs.  Total Declared Value $ .00

0136279910

611

# SETEC INVESTIGATIONS

June 3, 2021

Emilio Rodriguez, Esq.
Polizzotto & Polizzotto LLC
6911 18th Avenue
Brooklyn, NY 11204

Re: <u>Adam Victor</u>

Dear Mr. Rodriguez,

Enclosed within please find the return of the devices concerning the above referenced matter.

Sincerely,

Todd Stefan