| Batch | record count | Date processed | first date | Last Date |
|---|---|---|---|---|
| BATCH001_20210709_FTP001 | 222,579 | 7/11/2021 | 6.26.1997 | 08.07.2014 |
| BATCH002_20210708_FTP002 | 77,421 | 7/11/2021 | 1.15.2005 | 03.28.2012 |
| BATCH003_20210709_FTP003 | 72 | 7/11/2021 | 07.09.2021 | 07.09.2021 |
| BATCH004_20211222_EMAIL001 | 7 | 12/22/2021 | 12.22.2021 | 12.22.2021 |
| BATCH005_20211110_DF001 | 31,666 | 11/11/2022 | 02.02.2013 | 11.11.2022 |
| BATCH006_20221113_DF001 | 7,487 | 11/11/2022 | 11.01.2007 | 11.11.2022 |
| BATCH007_20221114_DF001 | 93,262 | 11/14/2022 | 06.27.1996 | 11.12.2022 |
| BATCH008_20230327_FTP001 | 11 | 3/27/2023 | 03.27.2023 | 03.27.2023 |
| BATCH009_20240105_FTP001 | 209 | 1/5/2024 | 01.04.2024 | 01.05.2024 |
| BATCH010_20240109_FTP001 | 6 | 1/9/2024 | 8.30.2022 | 01.09.2024 |