UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TYLER ERDMAN                                         :

              Plaintiff,                       :    ORDER

   -v.-                                                    :
                                                                20 Civ. 4162 (LGS) (GWG)
ADAM VICTOR et al.,                                  :

              Defendants.                    :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Before the Court are the parties' letters related to plaintiff's application for sanctions on account of defendant's purported failure to comply with his discovery obligations. See Letter, filed July 17, 2024 (Docket # 269); Letter, filed July 31, 2024 (Docket # 277). On reflection, the Court believes that the progress of this case will be greatly enhanced by focusing at this time exclusively on the completion of discovery. Once discovery is completed, plaintiff may request permission to file a motion for sanctions. Plaintiff will be free to raise all past conduct at that time.

      Accordingly, the application for sanctions is denied without prejudice to an application made following the close of discovery.

      SO ORDERED.

Dated: August 1, 2024
       New York, New York

                                                         GABRIEL W. GORENSTEIN
                                                         United States Magistrate Judge