Case 1:20-cv-04162-LGS-GWG   Document 198-2

| | A |
|---|---|
| 1 | TNALLC |
| 2 | AVICTOR@TRANSGASENERGY |
| 3 | ADADMVICTOR@TRANSGASDEVELOPMENT |
| 4 | ADAMVICTOR@TGDS |
| 5 | ADAM@TGDS |
| 6 | ADAM@777.AERO |
| 7 | ADAM@TRANSNATIONAL.AERO |
| 8 | ADAM@77XAV |
| 9 | 77@77AV.CC |
| 10 | ADAMVICTOR@ADAMVICTOR.CC |
| 11 | ADAMVICTOR@ADAMVICTOR.NET |
| 12 | ADAMHVICTOR@GMAIL |
| 13 | ADAMVICTORSR@GMAIL |
| 14 | AVICTOR@AVICTOR.COM |
| 15 | ADAM@771AV,COM |
| 16 | ADAM@9176008000 |
| 17 | MRMUSCLEMANSON |
| 18 | SARGONTHEGREAT1 |
| 19 | GASORANGE |
| 20 | TransGAsDS@gmail |
| 21 | tgds77@gmail |
| 22 | transnationalms@gmail |
| 23 | TGDS777@gmail |
| 24 | adam@gasalternativesystems.com |
| 25 | |
| 26 | adam@777.com  APPLE |
| 27 | adam.victor@me   APPLE |
| 28 | tnallc@me   APPLE |
| 29 | |
| 30 | DROPBOX   TNALLC |
| 31 | DROPBOX, adam@tgds, AV@TGDS, adam@777 |
| 32 | LINKEDIN |
| 33 | |
| 34 | |