UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                        :

TYLER ERDMAN

                Plaintiff,                                    :                              ORDER

       -v.-                                                   :               20 Civ. 4162 (LGS ) (GWG)

ADAM VICTOR et al.,                               :

                Defendant.                              :
---------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      A conference to discuss the discovery dispute raised in Docket # 279 will take place on Wednesday, August 28, 2024 at 11:00 a.m. in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York. It is the Court's intention to decide the dispute based on the parties' letters unless a party files a letter in advance of the conference showing good cause why formal briefing should be required.

      This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the conference may begin on time.

      Each attorney is directed to ensure that all other attorneys are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

      SO ORDERED.

Dated: August 22, 2024
       New York, New York

                                                                          
                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge