**VIA ELECTRONIC FILING**                                                                 **August 28, 2024**

The Honorable Gabriel W. Gorenstein

Daniel Patrick Moynihan

United States Courthouse

500 Pearl Street

New York, NY 10007


        **Re:**    **Request to Adjourn Conference**

        ***Tyler Erdman v. Adam Victor, et al.*, No. 20 Civ. 4162**


Dear Judge Gorenstein,

Plaintiff requests to adjourn the conference that was scheduled for August 28th at 11 AM to September 6th at 2:30 PM.

Defendant consents to this request.

        Respectfully submitted,

        /s/Tyler Erdman
        Plaintiff Pro Se
        917-301-0401
        Tyler@Erdman.it

1