**VIA ELECTRONIC FILING**  August 28, 2024

The Honorable Gabriel W. Gorenstein

Daniel Patrick Moynihan

United States Courthouse

500 Pearl Street

New York, NY 10007

MEMORANDUM ENDORSED

      Re:    Request to Adjourn Conference

*Tyler Erdman v. Adam Victor, et al.*, No. 20 Civ. 4162

Dear Judge Gorenstein,

Plaintiff requests to adjourn the conference that was scheduled for August 28th at 11 AM to September 6th at 2:30 PM.

Defendant consents to this request.

Respectfully submitted,

/s/Tyler Erdman
Plaintiff Pro Se
917-301-0401
Tyler@Erdman.it

Conference adjourned to September 6, 2024, at 2:30 p.m. in Courtroom 519.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
August 28, 2024