UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TYLER ERDMAN,

    *Plaintiff*,

  against

ADAM VICTOR,

    *Defendant*.

---

Case No.: 1:20-cv-04162 (LGS)(GWG)

**AFFIDAVIT**

STATE OF NEW YORK
      ss:
COUNTY OF KINGS

  1. I am counsel for the Defendant in the abovementioned action and I make this Affidavit as required by the Order of the Court dated September 25, 2024 (Dkt #293).

  2. I attended the meeting on September 20, 2024 with our prospective document vendor. During that meeting the onboarding of their platform was discussed, as well as how to pull the emails from our client's accounts and migrate them to the vendor's portal.

  3. After being informed by Mr. Polizzotto that our client had cleared the conflicts check with the company who would migrate the emails to Logikcull, namely Percipient, on September 25, 2024, I went about the collection of emails from Mr. Victor's accounts into a .zip file for migration to Percipient, and eventually onto the vendor, Logikcull. After some initial difficulties, the emails were finally collected on September 26, 2024.

  4. There was some onboarding with Percipient performed on September 27,

2024, after which we were able to migrate the emails from the .zip file to Percipient's portal, where they will forward them to our vendor for de-duplication and collection so I can then review them.

5.  Therefore, between his sworn statement and mine, these are the efforts we have undertaken to comply with the Court's September 6, 2024 order regarding production.

Dated: Brooklyn, New York
   September 27, 2024   _____

   EMILIO RODRIGUEZ

Sworn to before me on
September 27, 2024

_____
NOTARY PUBLIC

Alfred Polizzotto III
Notary Public, State of New York
No. 02PO4976096
Qualified in Kings County
Commission Expires January 14, 2027