

**6911 18TH AVENUE**
**BROOKLYN, NEW YORK 11204**
**TELEPHONE (718) 232-1250**
**FAX (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*
_____
EMILIO RODRIGUEZ
_____
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York  11030

**VIA ELECTRONIC FILING**                                                September 27, 2024

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

        Re: Letter required by order of the Court dated September 25, 2024
          *Tyler Erdman v. Adam Victor, et al.*, No. 20 Civ. 4162

Dear Judge Gorenstein,

  This letter is written as required by the Order of the Court dated September 25, 2024, in which we were directed to explain what steps will be taken in the future to comply with the Court's order, and to indicate the fastest possible timeframe to comply with the Order.

  After our document vendor, Logikcull, performs its de-duplication process and prepares the emails for the next stage, I will then undertake a review of all the emails that are responsive to the document requests of the Plaintiff, within the relevant timeframe of one year from the filing of his Complaint as indicated during the conference of September 6, 2024.  These emails will be reviewed for responsiveness as well as privilege.  Any privileged communications not already on the privilege log will be added to the log.  The review will take place utilizing Logikcull's review platform.

  After conducting some quality control review, with the possible aid of the Logikcull staff, we will then produce any responsive emails along with the accompanying privilege log.  It is

*PLEASE RESPOND TO BROOKLYN OFFICE*

contemplated a month will be needed to review the thousands of emails that will turn up as responsive and/or privileged.

Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*
Emilio Rodriguez

*Alfred Polizzotto III*
Alfred Polizzotto III