UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYLER ERDMAN,                                      :

        Plaintiff,                  :       ORDER

  -v.-                                             :       20 Civ. 4162 (LGS) (GWG)

ADAM VICTOR,                                       :

        Defendant.                  :
------------------------------------------------------------X
**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      This order rules on extension requests reflected in Docket # 287, 288 and subsequent letters.

      The Court does not view the defendant's assertion that he would not withhold documents on grounds of privilege for prior documents productions to constitute a waiver of privilege as to any later production. The Court agrees with plaintiff, however, that it should not take a month to review the newly-produced emails. Defendants shall produce the emails (and any privilege log) on or before October 17, 2024.[1]

      As for the request to extend the discovery deadline, plaintiff does not appear to oppose the request to extend it to November 18, 2024. Accordingly, the request is granted. The letter to Judge Schofield as required by paragraph 13.b of Docket #77 shall be filed by November 25, 2024.

---

[1] The Court will likely not extend this deadline for any reason and certainly no application should be filed that is not accompanied by a sworn affidavits by both attorneys detailing on a day-to-day basis exactly how many hours they spent on the review from September 27, 2024, to the date of the request, and how many documents were reviewed in each time period.

SO ORDERED.

Dated: October 2, 2024
       New York, New York

                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge