UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TYLER ERDMAN                                    :

           Plaintiff,            :       ORDER TO SHOW CAUSE

   -v.-                                          :
                                                                  20 Civ. 4162 (LGS) (GWG)
ADAM VICTOR et al.,                             :

           Defendants.         :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The application in Docket # 300 is denied for failure to comply with footnote 1 of Docket # 299.

      In addition, each of the attorneys is ORDERED TO SHOW CAUSE by means of a sworn statement filed on or before October 21, 2024, why each of them should not be sanctioned pursuant to Fed. R. Civ. P. 16 for making an application to the Court in contravention of the Court's requirements as stated in that footnote.

      SO ORDERED.

Dated: October 18, 2024
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge