# EXHIBIT A



# INVOICE

Adam Victor
Attention: Alfred Polizzotto
69-11 18th Avenue
BROOKLYN NY 11204

**Invoice Date**
Oct 15, 2024

**Invoice Number**
INV-6444

PAYMENT INSTRUCTIONS:
VIA WIRE AND ACH
INFORMATION: (Evolve Bank & Trust):
Bank Routing Number: 084106768
Account Number: 9800515098
VIA CREDIT CARD: Link below (in blue on PDF version of invoice)

| Description | Quantity | Unit Price | Amount USD |
|---|---|---|---|
| Collect Email Data for Client (September 16, 2024 to October 15, 2024) (Polizzotto & Polizzotto - Erdman v. Victor) | 7.05 | 200.00 | 1,410.00 |
| Load Data (September 16, 2024 to October 15, 2024) (Polizzotto & Polizzotto - Erdman v. Victor) | 5.67 | 200.00 | 1,134.00 |
| New Matter Setup (September 16, 2024 to October 15, 2024) (Polizzotto & Polizzotto - Erdman v. Victor) | 0.50 | 200.00 | 100.00 |
| Prepare Ediscovery Reports (September 16, 2024 to October 15, 2024) (Polizzotto & Polizzotto - Erdman v. Victor) | 2.03 | 200.00 | 406.00 |
| | | Subtotal | 3,050.00 |
| | | TOTAL TAX | 0.00 |
| | | **TOTAL USD** | **3,050.00** |

**Due Date: Oct 29, 2024**
WIRE AND ACH INFORMATION (Evolve Bank & Trust):
Bank Routing Number: 084106768
Account Number: 9800515098

   

View and pay online now