

**6911 18TH AVENUE**
**BROOKLYN, NEW YORK 11204**
**TELEPHONE (718) 232-1250**
**FAX (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*

_____
EMILIO RODRIGUEZ
_____
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York  11030

<u>**VIA ELECTRONIC FILING**</u>                                              October 23, 2024

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

                        Re:   Email production from order dated September 6, 2024
                             <u>*Tyler Erdman v. Adam Victor, et al.*, No. 20 Civ. 4162</u>

Dear Judge Gorenstein,

      This letter is written to advise the court that the documents comprising the email production ordered September 6, 2024, and the corresponding privilege log, have been delivered to the Plaintiff.

Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*
Emilio Rodriguez

*Alfred Polizzotto III*
Alfred Polizzotto III

*PLEASE RESPOND TO BROOKLYN OFFICE*