

**6911 18ᵀᴴ Avenue**
**Brooklyn, New York 11204**
**Telephone (718) 232-1250**
**Fax (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*

_____
EMILIO RODRIGUEZ
_____
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York  11030

<u>**VIA ELECTRONIC TRANSMISSION**</u>                                    October 4, 2024
Tyler Erdman

        Re:    **Update on progress of discovery**
                ***Tyler Erdman v. Adam Victor, et al.*, No. 20 Civ. 4162**

Dear Tyler,

      This letter is written in accordance with the Order of the Court dated January 25, 2024, in which we have been instructed to discuss all efforts currently underway to respond to discovery requests and referencing any applicable deadlines.

      We filed sworn statements last Friday as a result of a court order dated September 25, 2024.  Your response was filed on September 29, 2024.  The court issued an order on October 3 stating there was no waiver of privilege on our part and directing the granting an extension of time for the production of emails, discussed during the conference on September 6, 2024, to October 17.

      On September 27 and 28, 2024, Mr. Victor and I attempted to export his emails utilizing Google Take-Out.  Those attempts were unsuccessful.  As a result, on September 30, I reached out to Joseph Eliya at a firm called Percipient to handle the exportation of the data.  He provided instructions for us to be able to export the data to his system.  Due to Mr. Victor's schedule, we could not make our first attempt until October 2.  The instructions provided did not work on our client's Mac system.  Therefore, it became necessary to meet with Mr. Eliya on October 3 so he could walk Mr. Victor through the process.  The exportation of the data was begun on the 3rd and completed on October 4th.  Mr. Eliya is currently preparing the data to be uploaded to our platform on Logikcull and prepare them for review.

*PLEASE RESPOND TO BROOKLYN OFFICE*

Our access to the defendant's documents at TransPerfect remains suspended. We are working to restore access as soon as possible, which is a matter of the insurance provider ensuring the proper payments are made to the vendor. To that end, we have been in communication with them and making sure they have what they requested, so they can finally make a determination regarding coverage of the costs.

We still have not received an updated link to your document production and request you indicate what efforts you have undertaken to ensure we have access to our documents. We also await the remaining documents from our post-EBT demand.

The deadline completing discovery was extended from September 18, 2024 to November 18, 2024. The letter to Judge Schofield as required by Paragraph 13.b of Docket #77 is now due November 25, 2024.

Do not hesitate to contact us with any questions or comments.


Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*
Emilio Rodriguez

*Alfred Polizzotto III*
Alfred Polizzotto III