

**6911 18ᵀᴴ Avenue**
**Brooklyn, New York 11204**
**Telephone (718) 232-1250**
**Fax (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*
_____               LONG ISLAND OFFICE
EMILIO RODRIGUEZ                               1129 Northern Boulevard, Ste 404
_____                 Manhasset, New York  11030
*(ADMITTED NEW YORK, NEW JERSEY)

**VIA ELECTRONIC TRANSMISSION**                        October 11, 2024
Tyler Erdman

       Re:    Update on progress of discovery
             *Tyler Erdman v. Adam Victor, et al.*, No. 20 Civ. 4162

Dear Tyler,

      This letter is written in accordance with the Order of the Court dated January 25, 2024, in which we have been instructed to discuss all efforts currently underway to respond to discovery requests and referencing any applicable deadlines.

      Percipient, the firm we contracted to handle the exportation of the data collected from my client's emails, completed the exportation of the data on October 8th.  They then spent the next couple of days performing quality control checks of the exportation and completed the same on October 11.  The only account that is proving difficult is the AOL account, which does not have many emails but still needs to be collected.  When the proper searches are completed, numbers will be provided as to the number of emails collected.

      Our access to the defendant's documents at TransPerfect remains suspended.  We are working to restore access as soon as possible, which is a matter of the insurance provider ensuring the proper payments are made to the vendor.  To that end, we have been in communication with them and making sure they have what they requested, so they can finally make a determination regarding coverage of the costs.

*PLEASE RESPOND TO BROOKLYN OFFICE*

We still have not received an updated link to your document production and request you indicate what efforts you have undertaken to ensure we have access to our documents. We also await the remaining documents from our post-EBT demand.

The deadline completing discovery was extended from September 18, 2024 to November 18, 2024. The letter to Judge Schofield as required by Paragraph 13.b of Docket #77 is now due November 25, 2024.

Do not hesitate to contact us with any questions or comments.


Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*
Emilio Rodriguez

*Alfred Polizzotto III*
Alfred Polizzotto III