# THE LAW OFFICES OF POLIZZOTTO & POLIZZOTTO, LLC

**6911 18TH AVENUE**
**BROOKLYN, NEW YORK 11204**
**TELEPHONE (718) 232-1250**
**FAX (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*
_____
EMILIO RODRIGUEZ
_____
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York  11030

**VIA ELECTRONIC TRANSMISSION**                                        October 18, 2024
Tyler Erdman

        Re:    Update on progress of discovery
              *Tyler Erdman v. Adam Victor, et al.*, No. 20 Civ. 4162

Dear Tyler,

      This letter is written in accordance with the Order of the Court dated January 25, 2024, in which we have been instructed to discuss all efforts currently underway to respond to discovery requests and referencing any applicable deadlines.

      The AOL account contained more emails than were expected, more than 70,000 in fact. It is not anticipated to produce many responsive documents but it must be thoroughly searched nevertheless.  As of the date of this letter, Percipient has not been able to fully uploaded them to our Logikcull platform.

      The court rejected our request to extend the email production deadline, and instead instructed us to submit sworn statements by October 21 indicating our efforts to meet the previous deadline of October 17.  This letter incorporates those statements by reference in terms of outlining those efforts.

      Our access to the defendant's documents at TransPerfect remains suspended.  We are working to restore access as soon as possible, which is a matter of the insurance provider ensuring the proper payments are made to the vendor.  To that end, we have been in communication with them and making sure they have what they requested, so they can finally make a determination regarding coverage of the costs.

*PLEASE RESPOND TO BROOKLYN OFFICE*

      We still have not received an updated link to your document production and request you indicate what efforts you have undertaken to ensure we have access to our documents. We also await the remaining documents from our post-EBT demand.

      The deadline completing discovery was extended from September 18, 2024 to November 18, 2024. The letter to Judge Schofield as required by Paragraph 13.b of Docket #77 is now due November 25, 2024.

      Do not hesitate to contact us with any questions or comments.

Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*
_____
Emilio Rodriguez

*Alfred Polizzotto III*
_____
Alfred Polizzotto III