<u>VIA ELECTRONIC FILING</u>  November 18th, 2024

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse       MEMORANDUM ENDORSED
500 Pearl Street
New York, NY 10007

**Re:  Request for Extension of Discovery Schedule**
**Tyler Erdman v. Adam Victor, et al., No. 20 Civ. 4162**

Dear Judge Gorenstein,

    Plaintiff writes to request an extension of the discovery deadline from November 18th to January 20th, 2025 and the letter to Judge Schofield as required by paragraph 13.b of Docket #77 currently due on November 25th, 2024 to be extended to January 27th, 2025.

    Per Docket #306, the parties have been discussing issues Plaintiff found with Defendant's production. Defendant provided a production on November 13th and is working on providing an accompanying privilege log which he expects to have done this week. Plaintiff is reviewing the production and the parties plan on discussing issues Plaintiff has identified next week. This extension will serve to allow the parties time to try and resolve these issues and for Plaintiff to make applications that may be necessary. It will also alleviate scheduling issues around upcoming holidays.

This is the 17th request for such an extension.

Mr. Rodriguez and I discussed this issue for approximately ten minutes today and Defendant agreed to this request.

Respectfully submitted,

/s/Tyler Erdman
Plaintiff Pro Se
917-301-0401
Tyler@Erdman.it

The discovery deadline is extended to January 20, 2025.  The due date for the letter to Judge Schofield as required by paragraph 13.b of Docket #77 is extended to January 27, 2025.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 19, 2024