**VIA ELECTRONIC FILING**                                              January 20, 2025

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

                Re:   **Request for Extension of Discovery Schedule**
                        **Tyler Erdman v. Adam Victor, et al., No. 20 Civ. 4162**

Dear Judge Gorenstein,

      Plaintiff writes to request an extension of the discovery deadline from January 20th, 2025 to March 17th, 2025 and the letter to Judge Schofield as required by paragraph 13.b of Docket #77 currently due on January 27th, 2025 to be extended to March 24, 2024.

      Per Docket #306, the parties have been discussing issues Plaintiff found with Defendant's production. This extension will serve to allow the parties time to try and resolve these issues relating to Defendant's production and privilege log as well as for Plaintiff to make applications that may be necessary.

This is the 18th request for such an extension.

Mr. Rodriguez and I exchanged emails regarding this issue and Defendant agreed to this request.

                                                                            Respectfully submitted,

                                                                            /s/Tyler Erdman
                                                                            Plaintiff Pro Se
                                                                            917-301-0401
                                                                            Tyler@Erdman.it