MEMORANDUM ENDORSED

<u>**VIA ELECTRONIC FILING**</u>                                                                January 20, 2025

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

                            <u>Re:    Request for Extension of Discovery Schedule</u>
                            **Tyler Erdman v. Adam Victor, et al., No. 20 Civ. 4162**

Dear Judge Gorenstein,

      Plaintiff writes to request an extension of the discovery deadline from January 20th, 2025 to March 17th, 2025 and the letter to Judge Schofield as required by paragraph 13.b of Docket #77 currently due on January 27th, 2025 to be extended to March 24, 2024.

      Per Docket #306, the parties have been discussing issues Plaintiff found with Defendant's production. This extension will serve to allow the parties time to try and resolve these issues relating to Defendant's production and privilege log as well as for Plaintiff to make applications that may be necessary.

This is the 18th request for such an extension.

Mr. Rodriguez and I exchanged emails regarding this issue and Defendant agreed to this request.

The discovery deadline is extended to March 17, 2025. The due date for the letter to Judge Schofield as required by paragraph 13.b of Docket #77 is extended to March 24, 2025.

So Ordered.

                      _____
                      GABRIEL W. GORENSTEIN
                      United States Magistrate Judge
                      January 21, 2025

Respectfully submitted,

<u>/s/Tyler Erdman</u>
Plaintiff Pro Se
917-301-0401
Tyler@Erdman.it