<u>**VIA ELECTRONIC FILING**</u>                                         March 23rd, 2025

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:   Request for Extension of Discovery Schedule**
**Tyler Erdman v. Adam Victor, et al., No. 20 Civ. 4162**

Dear Judge Gorenstein,

     Plaintiff writes to request an extension of the discovery deadline from March 17th, 2025 to May 12th, 2025 and the letter to Judge Schofield as required by paragraph 13.b of Docket #77 currently due on March 24, 2025 to be extended to May 19, 2025.

     Per Docket #306, the parties have been discussing issues Plaintiff found with Defendant's production. This extension will serve to allow the parties time to try and resolve these issues relating to Defendant's production and privilege log as well as for Plaintiff to make applications that may be necessary.

This is the 19th request for such an extension.

Mr. Rodriguez and I exchanged emails regarding this issue and Defendant agreed to this request.

Plaintiff apologizes for requesting this extension after the discovery deadline, he had confused the date with the one for the letter to Judge Schofield.

                                                                               Respectfully submitted,

                                                                               <u>/s/Tyler Erdman</u>
                                                                               Plaintiff Pro Se
                                                                               917-301-0401
                                                                               Tyler@Erdman.it