VIA ELECTRONIC FILING                                           March 23rd, 2025
The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse                              MEMORANDUM ENDORSED
500 Pearl Street
New York, NY 10007

Re:   Request for Extension of Discovery Schedule
Tyler Erdman v. Adam Victor, et al., No. 20 Civ. 4162

Dear Judge Gorenstein,

Plaintiff writes to request an extension of the discovery deadline from March 17th, 2025 to May 12th, 2025 and the letter to Judge Schofield as required by paragraph 13.b of Docket #77 currently due on March 24, 2025 to be extended to May 19, 2025.

Per Docket #306, the parties have been discussing issues Plaintiff found with Defendant's production. This extension will serve to allow the parties time to try and resolve these issues relating to Defendant's production and privilege log as well as for Plaintiff to make applications that may be necessary.

This is the 19th request for such an extension.

Mr. Rodriguez and I exchanged emails regarding this issue and Defendant agreed to this request.

Plaintiff apologizes for requesting this extension after the discovery deadline, he had confused the date with the one for the letter to Judge Schofield.

Respectfully submitted,

/s/Tyler Erdman
Plaintiff Pro Se
917-301-0401
Tyler@Erdman.it

The discovery deadline is extended to May 12, 2025.  The due date for the letter to Judge Schofield as required by paragraph 13.b of Docket #77 is extended to May 19, 2025.  This case will be nearly 5 years old at the time of the requested extensions.  No further extensions will be granted absent a detailed sworn statement from any party requesting an extension describing all efforts that party has made to comply with the Court-ordered deadlines and showing that extraordinary circumstances prevented the party from meeting those deadlines.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 25, 2025