UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYLER ERDMAN                                       :

            Plaintiff,            :       <u>ORDER</u>

   -v.-                                                    :
                                                              20 Civ. 4162 (LGS) (GWG)
ADAM VICTOR et al.,                              :

            Defendants.       :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Discovery has concluded in this matter.  Any party seeking permission to make a motion for summary judgment shall file a letter to Judge Schofield as required by section 4.A of Judge Schofield's "Special Rules & Practices in Civil Pro Se Cases" (available at: https://nysd.uscourts.gov/hon-lorna-g-schofield).  Any such letter must be filed on or before June 13, 2025.

      If no party files such a letter, the pretrial filings required by section 7 of those Rules shall be filed by June 27, 2025.

      SO ORDERED.

      Dated: May 28, 2025
             New York, New York

                                                             _____
                                                             GABRIEL W. GORENSTEIN
                                                             United States Magistrate Judge