```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TYLER ERDMAN                                    :

                Plaintiff,                      :      ORDER

        -v.-                                    :
                                                       20 Civ. 4162 (LGS) (GWG)
ADAM VICTOR et al.,                             :

                Defendants.                     :
-----------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The Court amends its order of June 16, 2025 (Docket # 315) to add the following:

First, the information required as to categories (2) through (6) shall be provided for <u>each</u> nonparty as to whom discovery is sought.

Second, the letter shall include an additional category: (7) what efforts were made to obtain that information from a party during the discovery period.

Finally, a party may file a response to the opposing party's letter required by Docket #315 and this Order on or before June 25, 2025.

    SO ORDERED.

Dated:  June 17, 2025
        New York, New York

                                        _____
                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge