

**6911 18ᵀᴴ Avenue**
**Brooklyn, New York 11204**
**Telephone (718) 232-1250**
**Fax (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*
_____

EMILIO RODRIGUEZ, JR.
_____
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard Ste 404
Manhasset, New York  11030

June 27, 2025

Honorable Lorna G. Schofield
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    **Re:**   *Erdman v. Victor,* 20-CV-04162-LGS

Dear Judge Schofield:

This firm represents Defendant Adam Victor in the above-captioned defamation action brought by *Pro Se* Plaintiff Tyler Erdman. And this letter is written jointly with the Plaintiff, pursuant to ¶¶ 13(b) of your Civil Case Management Plan and Scheduling Order and §III(D)(3) of your Individual Rules and Procedures for Civil Cases.

1. **What Discovery Has Taken Place**

The parties issued their interrogatories and requests for documents in October 2021.  Responses to these requests took the form of the production of over one million pages of documents in February 2022, by the Defendant, and thousands of pages by the Plaintiff electronically in November 2021.

The parties have just closed party discovery and were in the process of beginning third-party discovery when Magistrate Gorenstein issued an Order dated May 28, 2025, declaring all discovery to be completed.

2. **Procedural History of the Case to Date**

*PLEASE RESPOND TO BROOKLYN OFFICE*

Plaintiff filed the instant action on June 1, 2020. A Notice of Appearance was filed by the Defendant on September 9, 2020. Plaintiff then went on to file an Amended Complaint on October 26, 2020. A motion to dismiss the Amended Complaint was filed on November 9, 2020. Plaintiff then filed a First Amended Complaint on May 3, 2021. Defendant's motion to dismiss the Amended Complaint was granted on June 17, 2021 with leave to replead via letter by July 7, 2021. Plaintiff filed for an extension of time to replead on July 2, 2021 which was granted. A Second Amended Complaint was filed on August 18, 2021. Defendant followed with a motion to dismiss the Second Amended Complaint on September 23, 2021. An Opinion and Order was issued by the court on November 17, 2021 granting the motion to dismiss in part and denying it in part.

There are no motions currently pending. Plaintiff has written to Magistrate Gorenstein requesting leave to make a motion for sanctions.

### 3.     Conclusion

Both parties have indicated their intent to make a motion for summary judgment. We therefore request a pre-motion conference in accordance with Your Honor's rules of court.

Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*
**Emilio Rodriguez**


*Tyler Erdman*
**Tyler Erdman**
**Pro Se**