

**6911 18ᵀᴴ Avenue**
**Brooklyn, New York 11204**
**Telephone (718) 232-1250**
**Fax (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*

_____
EMILIO RODRIGUEZ
_____
*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York  11030

<u>**VIA ELECTRONIC FILING**</u>                                                                June 30, 2025

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

        Re:  Response to Erdman ltr dated June 27, 2025
           <u>*Tyler Erdman v. Adam Victor, et al.*, No. 20 Civ. 4162</u>

Dear Judge Gorenstein,

  This letter is written in response to the letter of the Plaintiff dated June 27, 2025, in which he requests sanctions against the defendant yet again, amongst other things.

  It was made clear to the Plaintiff, during the conferences held with Your Honor, as well as the most recent orders from Your Honor, that any further motions seeking sanctions would be inappropriate and not entertained.  It was also made clear, should he feel there still exist issues with Defendant's document production, that his remedy would be to make a spoliation motion.  The Court has concluded discovery is over and Plaintiff has not done anything to comply with previous court directives on how to apply to extend discovery.

  Plaintiff also indicates we discussed our intent to make a motion for summary judgment on July 13ᵗʰ.  It is assumed he meant June 13ᵗʰ.  His basis for the impropriety of any dispositive motion we choose to make is incorrect as, again, it was explained to him by the Court what his

*PLEASE RESPOND TO BROOKLYN OFFICE*

next step should be if he still had issues with discovery, which has been ordered to have been completed.

      *CONCLUSION*

      Therefore, we ask that the Court 1) deny all relief requested in Plaintiff's letter dated June 27, 2025 (Docket #317), and for any and all relief the Court deems just and proper.


Yours faithfully
**Polizzotto & Polizzotto, LLC**

*Emilio Rodriguez*
Emilio Rodriguez