**VIA ELECTRONIC FILING**                                             **August 5th, 2025**

The Honorable Gabriel W. Gorenstein

Daniel Patrick Moynihan

United States Courthouse                           MEMORANDUM ENDORSED

500 Pearl Street

New York, NY 10007

Re:    **Request to file under seal**

**Tyler Erdman v. Adam Victor, et al., No. 20 Civ. 4162**

Dear Judge Gorenstein,

    Plaintiff writes to request permission to file a letter under seal relating to Dkt. 117 and to seek an extension of the deadlines in Dkt. 322 due to that issue. Plaintiff is unsure as to the specifics of the extension required until he receives guidance as to how to address the issue. Plaintiff requests that he be permitted to file via ECF.

    Plaintiff had been attempting to resolve this issue with the signatories of Dkt. 117 since June 6th. They acknowledged receiving Plaintiff's emails but were not otherwise responsive.

    Plaintiff and Mr. Rodriguez discussed this matter, and Defendant consented to the request. This is the second request for an extension due to this issue.

Respectfully submitted,

/s/Tyler Erdman

Plaintiff Pro Se

917-301-0401

Tyler@Erdman.it

---

The request for an extension of deadlines pending the Court's review of plaintiff's planned letter is granted. Plaintiff is given leave to file a letter under seal on or before August 13, 2025. Plaintiff should contact the Pro Se Office for information on how to file the letter under seal.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

August 6, 2025