**VIA ELECTRONIC FILING**

The Honorable Gabriel W. Gorenstein

Daniel Patrick Moynihan

United States Courthouse

500 Pearl Street

New York, NY 10007

August 13th, 2025

MEMORANDUM ENDORSED

**Re:     Request for extension of time to file**

**Tyler Erdman v. Adam Victor, et al., No. 20 Civ. 4162**

Dear Judge Gorenstein,

      Plaintiff respectfully requests a two-day extension, from August 13th to August 15th, to file his sealed letter as directed in Docket 324. According to the Pro Se Office's requirements, he must appear in person to file documents under seal. Plaintiff's work commitments that have prevented him from taking time off to travel to New York during the Pro Se Office's hours. He intends to complete the filing in person on Friday, August 15th.

Respectfully submitted,

/s/Tyler Erdman
Plaintiff Pro Se
917-301-0401
Tyler@Erdman.it

Extension to August 15, 2025, granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
August 14, 2025