UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TYLER ERDMAN,                                      :

              Plaintiff,                      :      ORDER

    -v.-                                          :      20 Civ. 4162 (LGS) (GWG)

ADAM VICTOR,                                       :

              Defendant.                     :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       Discovery has closed in this matter.  Any proposed motion for discovery sanctions shall be filed by January 5, 2026.  Any opposition shall be filed by January 26, 2026.  Any reply memorandum of law shall be filed by February 9, 2026.

       The papers from both sides must comply with the Federal Rules of Civil Procedure, the SDNY Local Rules and the Court's Individual Practices. The parties are reminded in particular that paragraph 2.D of those Practices requires that <u>any factual statement in a memorandum of law must followed by a citation that provides evidentiary support for that statement</u> (normally to a sworn statement or other documents in the record).  This applies to all factual statements whether made in a "fact" section or an "argument" section.  Any factual statement unaccompanied by such a citation will not be considered. In addition, the memorandum of law must contain a fact section that describes all pertinent facts. No documents may be incorporated by reference. After the Court decides the sanctions motion, the Court will set a deadline for letters to Judge Schofield seeking permission to make a summary judgment motion.

       If plaintiff chooses not to file a motion for sanctions, the plaintiff shall file a letter so stating.

       SO ORDERED.

Dated:  December 11, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge