**VIA ELECTRONIC FILING**　　　　　　　　　　　　　　　　　　January 5, 2026
The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan　　　　　　　　　　　　　MEMORANDUM ENDORSED
United States Courthouse
500 Pearl Street
New York, NY 10007

　　　　　　　　　　Re:　Request for Extension of time to make sanctions motion
　　　　　　　　　　　　　_Tyler Erdman v. Adam Victor, et al._, No. 20 Civ. 4162

　　Dear Judge Gorenstein,

　　Plaintiff writes seeking an extension of time to file a motion for discovery sanctions as set by the Court's December 11th order. Plaintiff requests that deadline for the motion to be filed be January 26th, the opposition be filed by February 16th, and reply due March 2, 2026.

　　Plaintiff requests this extension due to issues with an account required to download documents related to his prior application. Due to holiday staffing availability, Plaintiff was unable to get technical assistance to complete the download until January 2nd at 5pm.

　　Plaintiff emailed Mr. Rodriguez and Mr. Polizzotto on December 31st to inform them of the issue and to request this extension due to the issues retrieving the documents. Likely because of the holidays, Plaintiff has not received a response from them.

　　This is the first application for this relief.

　　Plaintiff thanks the Court for its attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Tyler Erdman

　　The proposed schedule for the motion for sanctions is approved.

　　So Ordered.

　　　　　　　　　　_____
　　　　　　　　　　GABRIEL W. GORENSTEIN
　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　January 6, 2026

1