VIA ELECTRONIC FILING                                         Feb 9th, 2026

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan                    MEMORANDUM ENDORSED
United States Courthouse
500 Pearl Street
New York, NY 10007

                 Re:     Request for Extension of time to make sanctions motion
                           *Tyler Erdman v. Adam Victor, et al.*, No. 20 Civ. 4162

Dear Judge Gorenstein,

     Plaintiff writes seeking an extension of time to file a motion for discovery sanctions as set by the Court's January 27th order. Plaintiff requests that the deadline for the motion to be filed be extended from February 9th to February 16th, the opposition due March 30th and Reply due on April 13th.

     Plaintiff apologizes for the late filing as he is having an issue exporting PDFs properly for filing. Plaintiff has reached out to Defendant for consent for this application.

     Defendant is scheduled to have a trial in a related case in State Court from March 16-27th. Due to the late notice to him for this extension and to avoid a follow up application, Plaintiff requests this schedule in case a shorter timeline for the opposition would conflict with his trial preparation.

     This is the third and final application for this relief.

     Plaintiff thanks the Court for its attention to this matter and apologizes if the filing time is slightly after midnight.

                                                                     Respectfully submitted,

                                                                     /s/Tyler Erdman

The proposed schedule is not approved in full. Plaintiff's motion shall be filed by February 16, 2026. Defendant's opposition shall be filed by March 9, 2026. Plaintiff's reply shall be filed by March 16, 2026.

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
February 10, 2026

1