UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

TYLER ERDMAN,                                          :

            Plaintiff,              :       <u>ORDER</u>

   -v.-                                                :       20 Civ. 4162 (LGS) (GWG)

ADAM VICTOR,                                           :

            Defendant.              :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     Defendant's response to the plaintiff's motion (Docket # 338) fails to comply with (1) Local Civil Rule 7.1(a)(4) and (2) paragraph 2D of the Court's Individual Practices (available at: https://www.nysd.uscourts.gov/hon-gabriel-w-gorenstein)

     These failures are most obviously shown by the lack of a memorandum of law and by the presence of a paragraph in Docket # 338 that "incorporates by reference" other filings.  No such "incorporation by reference" is permitted.  Instead, defendant must submit a memorandum of law that contains all facts relevant to his motion.

     Defendant is directed to file a proper response to plaintiff's motion on or before March 24, 2026.  Any reply may be filed by March 31, 2026.

     SO ORDERED.

Dated: March 17, 2026
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge