UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | | |
|---|---|---|
| TYLER ERDMAN, | : | |
| Plaintiff, | : | ORDER |
| -v.- | : | 20 Civ. 4162 (LGS) (GWG) |
| ADAM VICTOR, | : | |
| Defendant. | : | |

---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

On or before August 27, 2026, each party is directed to file a letter to the undersigned indicating whether the party intends to file a motion for summary judgment. (For the parties' information, any such motion will be returnable before Judge Schofield and shall therefore comply with her Special Rules & Practices in Civil Pro Se Cases.) Any party intending to file such a motion shall state in the same letter a proposed date for the filing of the motion.

SO ORDERED.

Dated: August 20, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge