THE LAW OFFICES OF
POLIZZOTTO & POLIZZOTTO, LLC

6911 18TH AVENUE
BROOKLYN, NEW YORK 11204
TELEPHONE (718) 232-1250
FAX (718) 256-0966

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*

EMILIO RODRIGUEZ

*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York 11030

**<u>VIA ELECTRONIC FILING</u>** **August 24, 2026**

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: Motion for summary judgment**
***<u>Tyler Erdman v. Adam Victor, et al.</u>*****<u>, No. 20 Civ. 4162</u>**

Dear Judge Gorenstein,

This letter is written in accordance with the Order of the Court dated August 20, 2026.

Defendant intends to file a motion for summary judgment. We will be filing such motion within the next three weeks.

Yours faithfully
**Polizzotto & Polizzotto, LLC**

Emilio Rodriguez
Emilio Rodriguez

*PLEASE RESPOND TO BROOKLYN OFFICE*