UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | | |
|---|---|---|
| TYLER ERDMAN, | : | |
| Plaintiff, | : | ORDER |
| -v.- | : | 20 Civ. 4162 (LGS) (GWG) |
| ADAM VICTOR, | : | |
| Defendant. | : | |

---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

Discovery having closed in this matter, the Court orders the following due dates with respect to the parties' stated intention to move for summary judgment.

September 21, 2026: Defendant's motion for summary judgment

October 19, 2026: Plaintiff's opposition to defendant's motion for summary judgment and plaintiff's cross-motion for partial summary judgment

November 9, 2026: Defendant's reply to the motion for summary judgment and opposition to plaintiff's cross-motion for summary judgment.

November 23, 2026: Plaintiff's reply to his motion for partial summary judgment.

The motions are returnable before Judge Schofield and shall comply with her Special Rules & Practices in Civil Pro Se Cases.

The Court does not expect that any extension request would be granted with respect to these deadlines; but if there is such a request, it must be addressed to Judge Schofield.

SO ORDERED.

Dated: August 31, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge