UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER ERDMAN, Plaintiff, -against- ADAM VICTOR, Defendant. | 20 Civ. 4162 (LGS) ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 31, 2026, Magistrate Judge Gabriel Gorenstein set a schedule for the parties' cross-motions for summary judgment. (Dkt. No. 348). It is hereby

**ORDERED** that Defendant's memorandum of law in support of the motion for summary judgment, due **September 21, 2026**, shall not exceed twenty-five (25) pages. Plaintiff's opposition and memorandum of law in support of his cross-motion for summary judgment, due **October 19, 2026**, shall not exceed forty (40) pages. Defendant's reply and opposition to Plaintiff's cross-motion, due **November 9, 2026**, shall not exceed twenty-five (25) pages. Plaintiff's reply in support of its cross-motion, due **November 23, 2026**, shall not exceed ten (10) pages. It is further

**ORDERED** that, notwithstanding the aforementioned page allocation, the parties may reallocate the pages between their briefs as they deem appropriate, so long as no party exceeds fifty (50) pages total. It is further

**ORDERED** that the parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers.

Dated: September 2, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**