THE LAW OFFICES OF
POLIZZOTTO & POLIZZOTTO, LLC

**6911 18TH AVENUE**
**BROOKLYN, NEW YORK 11204**
**TELEPHONE (718) 232-1250**
**FAX (718) 256-0966**

ALFRED POLIZZOTTO (1935-2001)
ALFRED POLIZZOTTO III*

EMILIO RODRIGUEZ

*(ADMITTED NEW YORK, NEW JERSEY)

LONG ISLAND OFFICE
1129 Northern Boulevard, Ste 404
Manhasset, New York 11030

**VIA ELECTRONIC FILING** **September 3, 2026**

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: Payment of sanctions**
***Tyler Erdman v. Adam Victor, et al.*, No. 20 Civ. 4162**

Dear Judge Gorenstein,

This letter is written in accordance with the Order of the Court dated August 20, 2026.

Defendant has made his payment of sanctions in accordance with the order listed above.

Yours faithfully
**Polizzotto & Polizzotto, LLC**

Emilio Rodriguez

Emilio Rodriguez

*PLEASE RESPOND TO BROOKLYN OFFICE*