UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

TYLER ERDMAN,

Plaintiff,

-against-

ADAM VICTOR,

Defendant.

-----------------------------------------------------------X

20 Civ. 4162 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Magistrate Judge Gorenstein's Order dated August 31, 2026 (the "Scheduling Order") set a briefing schedule for the parties' cross-motions for summary judgment, and the Order dated September 2, 2026, set page limits for the parties' submissions. It is hereby

**ORDERED** that the briefing schedule is modified as follows: The parties shall file all submissions addressed by the Scheduling Order on the public docket by **December 16, 2026**. All other provisions of the above-mentioned orders remain in effect.

Dated: November 16, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE